Joseph D. O'Sullivan SB # 67055
LAW OFFICES OF JOSEPH D. O'SULLIVAN
1500 - 20TH STREET
SAN FRANCISCO, CA 94107
415-920-0423
415-920-0427 Fax

E-filing

FILED
08 MAR -3 PM 3:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Nathan Gardner

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VRW

NATHANIEL GARDNER

Plaintiff,

vs.

THE UNITED STATES DEPARTMENT OF JUSTICE; THE DRUG ENFORCEMENT ADMINISTRATION; and THE PERSON(S) CURRENTLY ON RECORD TITLE TO 1955 FORD THUNDERBIRD VIN. # P5FH235863,

Defendants

CV No. 08 1248

COMPLAINT FOR DAMAGES AND THE RETURN OF PROPERTY

DEMAND FOR A JURY TRIAL

PLAINTIFF ALLEGES AS FOLLOWS:

**INTRODUCTION AND JURISDICTION**

1. COMES NOW, Nathaniel Gardner, and he brings this action under 28 U.S.C. 1331 and 5 U.S.C. 701 et seq. It asks for the return of properties taken by defendant from plaintiff without due process of law as guaranteed by the Fifth Amend, U.S. Const. This action demands monetary damages, the return of property in fact or in species, in addition to any additional compensation deemed proper by the court. The Plaintiff demands a jury trial.

2. The defendants are the United States Department of Justice, and the United States Drug Enforcement Administration, both governmental entities and divisions of the United States of America. The Drug Enforcement Agency is a division of the United States Department of Justice.

3. This actions claims that two administrative forfeitures undertaken by the Defendant in December 2005 and March 2006, directed against the possessions of the Plaintiff in the Federal District of Norther California were done so with inadequate due process of law.

**HISTORY OF THE CASE**

4. On August 9, 2005 a joint task force of Drug Enforcement Administration (DEA) ar d San Mateo County Narcotics Task Force (SMCNTF) agents raided the home Nathaniel Willie Gardner.

5. Mr. Gardener's home is a single family dwelling located at 1396 Camellia Drive, East Palo Alto, CA, although Mr. Gardner resides at the residence at the time of the raid there was no one home.

6. The DEA acknowledges that during the raid the following items were removed from the residence as follows:

A. 1955 Ford T-Bird;

B. U.S. Currency $8,340.00;

7. At no time prior to or subsequent to the raid did Mr. Gardner receive any communication from the DEA with regards to the raid, the seizure of his property or forfeiture procedures involving his property.

8. In a letter from the DEA dated October 19, 2006, Mr. Gardener is informed and believes that the forfeiture of his property was commenced by the Defendant on the 1st of December , 2005 and the 3rd of March 2006 respectively. Plaintiff did not become aware of the forfeitures until on or about the 21st day of October 2006.

9. In their October 19, 2006 letter the DEA provided information which indicated tha‘ it made one single attempt to notify Plaintiff of the seizure of his property, and that wɛ s a single certified mailing of a notice of seizure to Plaintiff at his home address. The DEA admits that "the notice letter was returned to the DEA".

10. Until Plaintiff received the October 2006 letter he had no way of determining which of his

possessions the DEA had taken action against, and which of his possessions it had not.

11. Plaintiff is informed and believes that the defendant DEA caused the possessions of the plaintiff to be converted, sold, assigned or transferred, against the plaintiff's true and legal interest, and that the defendants, and each of them, did so without affording plaintiff the full due process of law guaranteed him under the U.S. Constitution. Plaintiff has lost the said property, as well as the use and enjoyment of the property which is the subject of this suit, and he is entitled to damages therefore.

12. Plaintiff is informed and believes that his 1955 Ford Thunderbird is in the possession and control of a person or persons unknown, but who shall be identified in this complaint as defendant(s) "THE PERSON(S) CURRENTLY ON RECORD TITLE TO 1955 FORD THUNDERBIRD VIN. # P5FH235863."

13. Plaintiff's property was taken from his home in East Palo Alto California, where he resided prior to the raid, after the raid and at the time of the filing of this complaint.

14. The defendant receives all of his mail in a normal and regular manner, at his home in East Palo Alto, he receives his monthly bills, and other personal correspondences there regularly.

15. Plaintiff was not arrested nor was he charged with any crime in connection with the raid or anything seized as a result of the raid.

16. The Defendant had easy and ready access to Plaintiff and to Plaintiff's mailing address during the period when the providing notice was required.

17. Because the Defendants had actual knowledge of the plaintiff's true and correct mailing address, and because the defendants, only attempted to mail one certified letter that was returned unsigned, the defendants exhibit bad faith when they transferred and converted the plaintiff's property without doing more to put him on actual or constructive notice of the defendants intent to forfeit his property as herein alleged.

18. While having easy and ready access to the proper physical and mailing address of Plaintiff, the Defendant ignored this knowledge and made only one attempt to provide Plaintiff with notice which they were aware had failed.

**FIRST CAUSE OF ACTION**
**[Due Process Violations]**
Item: 1955 Ford Thunderbird ,
DEA case Number R3-05-0037;
Asset ID Number 05-DEA-456249

19. Plaintiff refers to and incorporates all allegations 1 through 18 stated above.

20. A notice of forfeiture was allegedly mailed by The DEA to Plaintiff at 1396 Carmellia Drive East Palo Alto, CA 94303, Notice was reportedly returned to sender without an accepting signature.

21. No further attempts were made by the DEA to notify Plaintiff of the seisure or that it would convert the said property. Plaintiff did not receive notice regarding seizure or forfeiture of 1955 Ford Thunderbird , DEA case Number R3-05-0037; Asset ID Number 05-DEA-456249.

22. Without proper due process of law, the defendants, and each of them, caused the above automobile to be sold to THE PERSON(S) CURRENTLY ON RECORD TITLE TO 1955 FORD THUNDERBIRD VIN. # P5FH235863, an unknown person who plaintiff will seek to have included in this case as a defendant once his or her identifying information is ascertained. This defendants' acts and omissions wrongfully converted the said property from the plaintiff, and caused him damages.

23. Plaintiff seeks to have this transaction cancelled and rescinded as it was conducted without authority under the law, and to have lawful title restored to plaintiff.

**WHEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS HEREINAFTER REQUESTED.**

**SECOND CAUSE OF ACTION**
**[Due Process Violations]**
**Item: $8,.500 cash ,**
**DEA case Number R3-05-0037;**
**Asset ID Number 05-DEA-456253.**

24. Plaintiff refers to and incorporates all allegations 1 through 18 stated above.

25. A notice of forfeiture was allegedly mailed by The DEA to Plaintiff at 1396 Carmellia Drive East Palo Alto, CA 94303, Notice was reportedly returned to sender without an accepting signature.

26. No further attempts were made by the DEA to notify Plaintiff of the seisure or that it would convert the said property. Plaintiff did not receive notice regarding seizure or forfei ure of $8,.500 cash , DEA case Number R3-05-0037; Asset ID Number 05-DEA-456253.

27. As a result of the above due process violations of the DEA, plaintiff has been caused damages.

**WHEREFORE PLAINTIFF PRAYS FOR DAMAGES AS HEREINAFTER REQUEST:**

**THIRD CAUSE OF ACTION**
**[Cancellation of Transaction, and Request for Return of Property]**
Item: 1955 Ford Thunderbird ,
DEA case Number R3-05-0037;
Asset ID Number 05-DEA-456249

28. Plaintiff refers to and incorporates all allegations 1 through 18 stated above.

29. Plaintiff is informed and believes that said 1995 Ford Thunderbird was sold or transferred, without proper due process of law, to the unknown persons or persons identified herein as THE PERSON(S) CURRENTLY ON RECORD TITLE TO 1955 FORD THUNDERBIRD VIN. # P5FH235863. Plaintiff will seek to have included in this case as a defendant once his or her identifying information is ascertained. This action converted the said property from the plaintiff, and caused him damages.

30. Plaintiff seeks to have this transaction cancelled and rescinded as it was conducted without authority under the law, and to have lawful title restored to plaintiff.

31. Plaintiff requests an order of this court requiring all defendants to hold said 1955 Ford Thunderbird in trust pending a final resolution of this case, and to issue an order requiring the defendants to restore said automobile to the plaintiff.

WHEREFORE, PLAINTIFF PRAYS FOR DAMAGES AS FOLLOWS:

1. For Damages according to proof;
2. For Interest as allowed by law;
3. For an order cancelling the transaction transferring Title to 1955 Ford Thunderbird Vin. # P5FH235863 to THE PERSON(S) CURRENTLY ON RECORD TITLE TO 1955 FORD THUNDERBIRD VIN. # P5FH235863 and restoring title to plaintiff;
4. For an order compelling the defendants to hold the subject 1955 FORD THUNDERBIRD VIN. # P5FH235863 in trust pending a final resolution of this case, and for an order compelling its transfer in title and its physical transfer to plaintiff;
5. For attorneys fees as allowed by law; and
6. For such other and further relief as the Court deems and just and proper.

Dated: 3/3/08

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

By: ____________________
Joseph D. O'Sullivan
Attorney for Plaintiff
Nathan Gardner

**DEMAND FOR A JURY TRIAL**

Plaintiff demands to have a trial by jury in the above matter.

Dated: 3/3/08

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

By: ____________________
Joseph D. O'Sullivan
Attorney for Plaintiff Nathan Gardner

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS** NATHANIEL GARDNER

**DEFENDANTS** United STATES DEPARTMENT OF JUSTICE; THE DRUG ENFORCEMENT ADMINISTRATION The Person Currently In Poss.

(b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES) SAN MATEO

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Joseph D. O'Sullivan
LAW OFFICE OF Joseph D. O'Sullivan
1500 20th St.
San Francisco, CA 94107

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**: ☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☐ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

**REAL PROPERTY**: ☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**: ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury

**PERSONAL INJURY**: ☐ 362 Personal Injury—Med. Malpractice; ☐ 365 Personal Injury—Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**: ☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/ Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights

**PRISONER PETITIONS**: ☐ 510 Motions to Vacate Sentence; Habeas Corpus: ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

**FORFEITURE/PENALTY**: ☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☒ 625 Drug Related Seizure of Property 21 USC 881; ☐ 630 Liquor Laws; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☐ 690 Other

**LABOR**: ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt. Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**: ☐ 462 Naturalization Application; ☐ 463 Habeas Corpus – Alien Detainee; ☐ 465 Other Immigration Actions

**BANKRUPTCY**: ☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**: ☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark

**SOCIAL SECURITY**: ☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**: ☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**: ☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/ Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☐ 890 Other Statutory Actions; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900 Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 28 USC 1331 AND 5 USC 701
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** **PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".**

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)** ☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE SIGNATURE OF ATTORNEY OF RECORD

1248 VRW

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**
NATHANIEL GARDNER

**DEFENDANTS** United States Department of Justice; The Drug Enforcement Administration; The Person currently ...

(b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)
SAN MATEO

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Joseph D. O'Sullivan
Law Office of Joseph D. O'Sullivan
1500 20th St.
San Francisco, CA 94107

Attorneys (If Known)

VRW

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT:** ☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☐ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

**REAL PROPERTY:** ☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY:** ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury

**PERSONAL INJURY:** ☐ 362 Personal Injury—Med. Malpractice; ☐ 365 Personal Injury—Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY:** ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS:** ☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/ Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights

**PRISONER PETITIONS:** ☐ 510 Motions to Vacate Sentence; Habeas Corpus: ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

**FORFEITURE/PENALTY:** ☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☒ 625 Drug Related Seizure of Property 21 USC 881; ☐ 630 Liquor Laws; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☐ 690 Other

**LABOR:** ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt.Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION:** ☐ 462 Naturalization Application; ☐ 463 Habeas Corpus – Alien Detainee; ☐ 465 Other Immigration Actions

**BANKRUPTCY:** ☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS:** ☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark

**SOCIAL SECURITY:** ☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS:** ☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES:** ☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/ Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☐ 890 Other Statutory Actions; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding; ☐ 2 Removed from State Court; ☐ 3 Remanded from Appellate Court; ☐ 4 Reinstated or Reopened; ☐ 5 Transferred from another district (specify); ☐ 6 Multidistrict Litigation; ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331 and 5 USC 701
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)** (PLACE AND "X" IN ONE BOX ONLY) ☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE 3-3-08 SIGNATURE OF ATTORNEY OF RECORD [signature]

RECEIVED
2008 MAR 12 P 4: 34
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.