# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL GARDNER

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 1248

v.

UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION and
The Person(s) Currently On Record Title To
Ford Thunderbird Vin.# P5FH235863

TO: (Name and address of defendant)

UNITED STATES DEPARTMENT OF JUSTICE
450 Golden Gate Avenue
San Francisco, CA 94102

DRUG ENFORCEMENT ADMINISTRATION

The Person On Record Ford Thunderbird Vin # P5F...

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph D. O'Sullivan
LAW OFFICE OF JOSEPH D. O'SULLIVAN
1500-20th Street
San Francisco, CA 94107

an answer to the complaint which is herewith served upon you, within 60/20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 2
DATE

(BY) DEPUTY CLERK