1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7303
7      email: david.countryman@usdoj.gov

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 NATHANIEL GARDNER,                  )   No. CV 08-01248 VRW
12                                     )
           Plaintiff,                  )
13                                     )   NOTICE OF MOTION AND MOTION
       v.                              )   TO DISMISS COMPLAINT FOR
14                                     )   DAMAGES
   THE UNITED STATES DEPARTMENT        )
15 OF JUSTICE; THE DRUG                )
   ENFORCEMENT ADMINISTRATION'         )
16 and THE PERSON(S) CURRENTLY ON      )
   RECORD TITLE TO 1955 FORD           )
17 THUNDERBIRD VIN. # P5FH235863,      )
                                       )
18         Defendants.                 )
                                       )
19 ─────────────────────────────────

20

21     **PLEASE TAKE NOTICE THAT ON** Thursday, August 21, 2008, at 2:30 PM, or as

22 soon thereafter as the matter may be heard in the courtroom of the Honorable Vaughn R. Walker,

23 Courtroom 6, 17th Floor of the U.S. Courthouse located at 450 Golden Gate Ave., San Francisco,

24 CA, Defendants United States Department of Justice and Drug Enforcement Administration will

25 and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 12, for an order

26 dismissing Plaintiff Nathaniel Gardner's Complaint for Damages for lack of subject matter

27 jurisdiction.

28     This Motion is based on this Notice of Motion; the Response to Motion to Set Aside

1  Forfeiture and Motion to Dismiss Complaint for Damages, filed herewith; the declarations of
2  John Hieronymus, Andrea Howard, and Bettie E. Goldman, filed herewith; the pleadings and
3  papers on file herein; and upon such other matters as may be presented to the Court at the time of
4  the hearing.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 7, 2008

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney