JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7303
   email: david.countryman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL GARDNER,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE; THE DRUG ENFORCEMENT ADMINISTRATION' and THE PERSON(S) CURRENTLY ON RECORD TITLE TO 1955 FORD THUNDERBIRD VIN. # P5FH235863,<br><br>    Defendants. | No. CV 08-01248 VRW<br><br>**DECLARATION OF ANDREA HOWARD** |

I, Andrea Howard, declare and state as follows:

1. I am a Property Management Specialist with the United States Marshal's Service ("USMS"), and I have been so employed for 20 years. I am currently assigned to the USMS Asset Forfeiture Unit in San Francisco. I was assigned to the administrative forfeiture and disposition of one 1955 Ford Thunderbird, VIN # P5FH235863 (hereafter the "Vehicle"). I make this declaration based upon reports and documents I have read, my own personal knowledge and information available to me in my official capacity.

2. On March 10, 2006, the DEA instructed the USMS to sell the Vehicle. Please find a copy of the Status Inquiry Report for the Vehicle attached hereto as **Attachment A**.

4. On May 13, 2006, pursuant to receipt of the Declaration of Forfeiture dated March 3, 2006, the Vehicle was sold at public auction for $23,000. Please find a copy of the USMS Seized Property and Evidence Control Form (USM-102) and Declaration of Forfeiture for the Vehicle attached hereto as **Attachment B**.

5. The Vehicle is no longer in the possession of the government.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2008

Andrea Howard,
Property Managment Specialist, USMS

DECLARATION OF ANDREA HOWARD

[CV 08-01248 VRW]

2

# ATTACHMENT A

 **Status Inquiry**

The selected record has been displayed. 91014

` * Go To `

## Status Inquiry

|  |  |  |
|---|---|---|
| Asset ID: 05-DEA-456249 | Seizure No: N-60 | Case No: R3-05-0037 |
| Asset Description: 1955 Ford Thunderbird | | |

### Asset Information

Asset Value: $19,194.00  
Asset Type: Vehicles  
FIRE Begin Date:  
Seizing Office: San Francisco, CA Field Office  
Sub-Office: San Francisco, CA MET  
Seizure District: Northern District of California .  
Seized From: Gardner, Nathaniel Willie Gardner AKA Nathan Willie  
Quick Release: N  
Electronic Transfer: N  
Victims Anticipated: N  

Seizure Date: 08/09/2005  
Adoption Date:  
FIRE End Date:  

Hold as Evidence: N  
Forfeiture-Dependent Award: N  
Parties Exist: Y  

Custodial Agcy: United States Marshals Service  
Disposal Type: Sold/Liquidate  

Cur Storage Start Dt: 09/09/2005  
Final Disposal Date: 05/13/2006  

### Forfeiture Information

Court Case No:  
Processing Dist: Northern District of California  

USAO No:  
Referral Date:  

Forfeiture Dcsn: Approved  
Forf Dcsn Date: 03/06/2006  
Parallel Processing: N  

Forfeiture Type: Administrative  
Delay Forfeiture: N  
Forfeiture Dcsn Entry Date: 03/10/2006  
Abandonment Declared Date:  

### Disposal Information

Disposal Instruction:

| Item No | Instr Date | Disposition Decision | Item Description |
|---|---|---|---|
| 0 | 03/10/2006 | Sell/Liquidate | 1955 Ford Thunderbird |

Disposal Data:

| Item No | Disp Date | Disposal Type | Disp Amount | Disp Value |
|---|---|---|---|---|
| 0 | 05/13/2006 | Sold/Liquidate<br>1955 Ford Thunderbird | $23,000.00 | $19,194.00 |

### File Closure Information

Case Closed Agcy: USMS  
Case Closed Date: 08/28/2006  

### Advertisement Information

| Agency | Ad Number | First Ad Dt | Claim Deadline Dt | Publication |
|---|---|---|---|---|
| DEA | DEA837 | 09/26/2005 | 11/09/2005 | Wall Street Journal |

### Notification Information

| Address Type-Seq | Notice Type | Notified Dt | Return Receipt Dt | Claim Deadline Dt | Notification Status |
|---|---|---|---|---|---|
| 888533 - Gardner, Nathaniel Willie | | | | | |
| P - 1 | 1396 Camellia Dr , East Palo Alto , CA 94303-2631 | | | | |

# ATTACHMENT B

## UNITED STATES MARSHALS SERVICE

### SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)

| | | | | |
|---|---|---|---|---|
| District | : | CAN Northern District of California | | |
| Sub-Office | : | 00 San Francisco, CA | | |
| OIA Case Number | : | R3-05-0037 | Forfeiture Type : | Administrative |
| OIA Agency | : | DEA | Gov't/Private : | Government NASAF |
| Court Case Name | : | | | |
| Court Case Number | : | | | |
| Asset Identification | : | 05-DEA-456243 | Seizure Number : | N-60 |
| Asset Value | : | $19,194.00 | Appraisal Date : | 09/13/2005 |

### VEHICLE DESCRIPTION

| | |
|---|---|
| Year | : 93 |
| Make | : Ford |
| Model | : Thunderbird |
| Vehicle ID Number | : 1SFH235863 |
| Tag Number | : LUB540 |
| State | : CA |
| 4-Wheel Drive? | : N |
| Odometer | : 99,823 |
| Asset Sub-Type | : 01 Passenger |

### COMMENTS INDICATORS

| | |
|---|---|
| Asset | : N |
| Special Equipment | : N |
| Damage | : Y |

### STORAGE LOCATION

| | |
|---|---|
| Provider Code | : 700970 5 |
| Provider Name | : NATIONWIDE AUCTION SYSTEMS |
| Contact Name | : JOEY WILLIAMS |
| Phone Number | : 707-751-5163 |
| Street Address | : ONE OAK ROAD |
| City | : BENICIA |
| State | : CA |
| Zip Code | : 94510 |

### CUSTODIAN INFORMATION

| | |
|---|---|
| Name: | United States Marshals Service |
| Contact Name: | JOEY WILLIAMS |
| Contact Title: | |
| Contact Phone Number: | 707-751-5163 |

I certify that I have received and hold myself accountable for the articles listed above:

_Signature_

| Andrew Howard | USMS | 09/09/2005 |
|---|---|---|
| (Print Full Name) | (Agency) | (Date of Custody) |

### CHAIN OF CUSTODY

| Date | Relinquished By | Received By | Remark |
|---|---|---|---|
| 5/13/06 | Per DOF dated 3/3/06, property sold at Nationwide Auction System for $23,000.00. | | |
| 5/19/06 | Proceeds of Sale for $23,000.00, sold 5/13/06, from Nationwide Auction Sys received and deposited in 1565042 9002 -AFF 2299654. | | |

MAR-22-2006  10:40        DRUG ENFORCEMENT ADMIN.              415 436 7890    P.03

-2-

Asset ID: 05-DEA-456249    Case #: R3-05-0037
Asset Description: 1955 Ford Thunderbird
Vehicle ID#: P5FH235863
Seizure Date: 08/09/05    Seizure Value: $20,250.00
Seizure Place: East Palo Alto, CA
Owner Name: Nathaniel Willie Gardner
Seized From: Nathaniel Willie Gardner AKA Nathan Willie Gardner
Judicial District: Northern District of California

cc: DO:   San Francisco
    RO:
    USMS: San Francisco

DEA.294 (JAN. 01)                           By: LRJ    Ad Code #: 837

MAR-22-2006 10:40       DRUG ENFORCEMENT ADMIN.           415 436 7890      P.02

**U. S. Department of Justice**
Drug Enforcement Administration

06 MAR 21 AM 10:44
SAN FRANCISCO, CA.

```
Asset ID: 05-DEA-456249     Case #: R3-05-0037
Asset Description: 1955 Ford Thunderbird
Vehicle ID #: P5FH235863
Seizure Date: 08/09/05      Seizure Value: $20250.00
Seizure Place: East Palo Alto, CA
Owner Name: Nathaniel Willie Gardner
Seized From: Nathaniel Willie Gardner AKA Nathan Willie Gardner
Judicial District: Northern District of California
```

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

David Zekoski
Senior Attorney
Asset Forfeiture Section

Date    MAR 0 3 2006