**UNITED STATES DISTRICT COURT**

**FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NATHANIEL GARDNER,**<br><br>Plaintiff,<br><br>**vs.**<br><br>**THE UNITED STATES DEPARTMENT OF JUSTICE; THE DRUG ENFORCEMENT ADMINISTRATION; and THE PERSON(S), CURRENTLY ON RECORD TITLE TO 1955 FORD THUNDERBIRD, VIN: P5FH235863**<br><br>Defendants. | **Case No. CV-08-1248 VRW** |

**DECLARATION OF JOHN HIERONYMUS**

1. I, John Hieronymus, hereby declare that I am the Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

2. I affirm that, in the course of my official duties as Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.

3.  I declare that material related to the property, which is the subject matter of the above-captioned action, is contained in two (2) files of my office.

4.  The file, captioned as DEA Case No. **R3-05-0037** and Asset Identification (I.D.) No. **05-DEA-456249**, contains the following information:

(a)  DEA Asset I.D. No. **05-DEA-456249** represents a 1955 Ford Thunderbird seized from Nathaniel Willie Gardner AKA Nathan Willie Gardner on August 9, 2005, in East Palo Alto, California pursuant to the execution of a Federal Search Warrant.  The DEA field office in San Francisco, California subsequently prepared and submitted a forfeiture report to this office.  An attorney or paralegal reviewed this report to determine if the DEA field office provided adequate information to support administrative forfeiture proceedings against the property.  This procedure included a legal review of the evidence that existed to seize the 1955 Ford Thunderbird.  Based on this thorough review, the DEA accepted this case for administrative forfeiture.

(b)  On September 13, 2005, pursuant to Title 19, United States Code (U.S.C.), Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Nathaniel Willie Gardner aka Nathan Willie Gardner, 1396 Camellia Dr, East Palo Alto, CA 94303-2631 (Exhibit 1).  After three delivery attempts, the U.S. Postal Service returned the notice to DEA stamped "RETURNED TO SENDER.  UNCLAIMED" (Exhibit 2).

(c) Pursuant to Title 19, U.S.C., Section 1607(a) and Title 21, Code of Federal Regulations (C.F.R.), Section 1316.75, the seizure of the property was published in THE WALL STREET JOURNAL, a newspaper of general circulation in the Northern District of California (Exhibit 3). The notice was published once each week for three successive weeks: September 26, and October 3 and 10, 2005. The published and mailed notices explained the option of filing a claim with the DEA Forfeiture Counsel in order to contest the forfeiture action in United States District Court. Pursuant to Title 18, U.S.C., Section 983(a)(2)(B), the published and mailed notices also stated that the deadline to file a claim was October 18, 2005, or if the mailed notice was not received, November 9, 2005. In addition, the published and mailed notices explained the option of filing a petition for remission or mitigation.

(d) On October 20, 2005, personnel at DEA Headquarters requested that personnel at the DEA San Francisco Field Office confirm the address of Nathaniel Willie Gardner as written on the notice of seizure letter. On October 24, 2005, personnel at the DEA San Francisco Field Office confirmed the address as correct and as the only known address for Nathaniel Willie Gardner.

(e) On March 3, 2006, after not having received any properly executed claim, and after the time limit for filing said claim expired, the DEA forfeited the 1955 Ford Thunderbird to the United States pursuant to Title 19, U.S.C., Section 1609 (Exhibit 4).

(f) On October 5, 2006, the DEA received a letter from Joseph D. O'Sullivan, Attorney for Nathan Gardner, seeking the return of the 1955 Ford Thunderbird (Exhibit 5).

(g) On October 19, 2006, the DEA sent a letter by certified mail, return receipt requested, to Joseph D. O'Sullivan, Attorney at Law, 1500 20th Street, San Francisco, CA 94107, returning his letter of September 15, 2006, along with a copy of the notice of seizure letter sent to Nathaniel Willie Gardner. This letter also informed Mr. O'Sullivan that the time period to file a claim and petition for remission for the property had expired (Exhibit 6). An individual signing in the "Signature" block accepted delivery of this letter (Exhibit 7).

(h) On November 19, 2007, the DEA received a letter from Walter C. Cook, Esq., attorney for Nathaniel Gardner, requesting certain documents from the DEA regarding the seizure of the 1955 Ford Thunderbird (Exhibit 8).

(i) On December 27, 2007, the DEA sent a letter by certified mail, return receipt requested, to Joseph D. O'Sullivan, Attorney at Law, 1500 20th Street, San Francisco, CA 94107, returning Exhibit 9 and informing him that requests for documentation must comply with Freedom of Information Act provisions. DEA invited Mr. O'Sullivan to submit such a request to the Freedom of Information Section of the DEA (Exhibit 9). Attached is U.S. Postal Service Receipt for Certified Mail No. 7007 1490 0002 0375 5491 (Exhibit 10).

5. The file, captioned as DEA Case No. **R3-05-0037** and Asset I.D. No. **05-DEA-456253**, contains the following information:

(a) DEA Asset I.D. No. **05-DEA-456253** represents $8,500.00 U.S. Currency seized from Nathaniel Willie Gardner AKA Nathan Willie Gardner on August 9, 2005, in East Palo Alto, California pursuant to the execution of a Federal Search Warrant. The DEA field office in San Francisco, California subsequently prepared and submitted a forfeiture report to this office. An attorney or paralegal reviewed this report to determine if the DEA field office provided adequate information to support administrative forfeiture proceedings against the property. This procedure included a legal review of the evidence that existed to seize the $8,500.00 U.S. Currency. Based on this thorough review, the DEA accepted this case for administrative forfeiture.

(b) On September 13, 2005, pursuant to Title 19, U.S.C., Section 1607(a) and Title 18, U.S.C., Section 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Nathaniel Willie Gardner aka Nathan Willie Gardner, 1396 Camellia Dr, East Palo Alto, CA 94303-2631 (Exhibit 11). After three delivery attempts, the U.S. Postal Service returned the notice to DEA stamped "RETURNED TO SENDER. UNCLAIMED" (Exhibit 12).

(c) Pursuant to Title 19, U.S.C., Section 1607(a) and Title 21, C.F.R., Section 1316.75, the seizure of the property was published in THE WALL STREET JOURNAL, a newspaper of general circulation in the Northern District of California (See Supra

Exhibit 3). The notice was published once each week for three successive weeks: September 26, and October 3 and 10, 2005. The published and mailed notices explained the option of filing a claim with the DEA Forfeiture Counsel in order to contest the forfeiture action in United States District Court. Pursuant to Title 18, U.S.C., Section 983(a)(2)(B), the published and mailed notices also stated that the deadline to file a claim was October 18, 2005, or if the mailed notice was not received, November 9, 2005. In addition, the published and mailed notices explained the option of filing a petition for remission or mitigation.

(d) On October 19, 2005, personnel at DEA Headquarters requested that personnel at the DEA San Francisco Field Office confirm the address of Nathaniel Willie Gardner aka Nathan Willie Gardner as written on the notice of seizure letter. On October 24, 2005, personnel at the DEA San Francisco Field Office confirmed the address as correct and as the only known address for Nathaniel Willie Gardner.

(e) On December 1, 2005, after not having received any properly executed claim, and after the time limit for filing said claim expired, the DEA forfeited the $8,500.00 U.S. Currency to the United States pursuant to Title 19, U.S.C., Section 1609 (Exhibit 13).

(f) On October 5, 2006, the DEA received a letter from Joseph D. O'Sullivan, Attorney for Nathan Gardner, seeking the return of $8,340.00 U.S. Currency (See Supra Exhibit 5).

(g) On October 19, 2006, the DEA sent a letter

by certified mail, return receipt requested, to Joseph D. O'Sullivan, Attorney at Law, 1500 20th Street, San Francisco, CA 94107, returning his letter of September 15, 2006, along with a copy of the notice of seizure letter sent to Nathaniel Willie Gardner. This letter also informed Mr. O'Sullivan that the time period to file a claim and petition for remission for the property had expired (See Supra Exhibit 6). An individual signing in the "Signature" block accepted delivery of this letter (See Supra Exhibit 7).

(h) On November 19, 2007, the DEA received a letter from Walter C. Cook, Esq., attorney for Nathaniel Gardner, requesting certain documents from the DEA regarding the seizure of the $8,500.00 U.S. Currency (See Supra Exhibit 8).

(i) On December 27, 2007, the DEA sent a letter by certified mail, return receipt requested, to Joseph D. O'Sullivan, Attorney at Law, 1500 20th Street, San Francisco, CA 94107, returning Exhibit 9 and informing him that requests for documentation must comply with Freedom of Information Act provisions. DEA invited Mr. O'Sullivan to submit such a request to the Freedom of Information Section of the DEA (See Supra Exhibit 9). Attached is U.S. Postal Service Receipt for Certified Mail No. 7007 1490 0002 0375 5491 (See Supra Exhibit 10).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 25th day of April 2008.

John Hieronymus
Forfeiture Counsel
Asset Forfeiture Section (CCF)
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, VA 22134-1475

Attachments: Exhibits 1-13



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Nathaniel Willie Gardner aka Nathan Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

| | |
|---|---|
| **Asset Id:** | 05-DEA-456249 |
| **Case Number:** | R3-05-0037 |
| **Property:** | 1955 Ford Thunderbird |
| **Vehicle ID No:** | P5FH235863 |
| **Asset Value:** | $20,250.00 |
| **Seizure Date:** | 08/09/05 |
| **Seizure Place:** | East Palo Alto, CA |
| **Owner Name:** | Gardner, Nathaniel Willie |
| **Seized From:** | Gardner, Nathaniel Willie Gardner AKA Nathan Willie |
| **Judicial District:** | Northern District of California |

**NOTICE MAILING DATE:** September 13, 2005

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **October 18, 2005**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

EXHIBIT
tabbles
1



CERTIFIED MAIL™

Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

7005 0390 0001 6983 0320

SEP 13 2005
MAILED FROM ZIP CODE 22207

X-RAYED
OCT 1 4 2005
DEA/QUANTICO

NAME
1st
2nd 9-28-05
Return 10-02-05

#51

RECEIVED
ASSET FORFEITURE SECTION
2005 OCT 17 AM 11:48

NAME
1st
2nd
Return

RETURN TO SENDER

#16

Nathaniel Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

94303+2631-96

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Asset ID: 05-DEA-456249
Nathaniel Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

R3

05-456249-002 03

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7005 0390 0001 6983 0320 837

PS Form 3811, February 200… …n Receipt 102595-02-M-1540

7005 0390 0001 6983 0320

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

EXHIBIT
2
tabbies

# LEGAL NOTICE
# ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was u remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-147 Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during tl Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, n

FIRST NOTICE
LAST DATE TO FILE NOVEMBER 09, 2005
PLACE SEIZED, SEIZED FROM, DATE SEIZED

**DISTRICT OF ALASKA**
**05-DEA-455842**, $4,504.00 U.S Currency, Fairbanks, AK, Simpson, Evan, 08/09/05
**05-DEA-455935**, 2001 Cadillac Deville, 1G6KD54Y41U149440, Anchorage, AK, Williams, Byron, 08/13/05
**NORTHERN DISTRICT OF ALABAMA**
**05-DEA-456115**, $142,980.00 U.S. Currency, Hoover, AL, Davila, Irma Leticia, 08/19/05
**EASTERN DISTRICT OF ARKANSAS**
**05-DEA-448461**, $700.00 U S Currency, Little Rock, AR, Hyman, Michael, 02/16/05
**05-DEA-448473**, $200.00 U.S. Currency, Little Rock, AR, Hyman, Michael, 02/16/05
**DISTRICT OF ARIZONA**
**04-DEA-431418**, 2000 Kenworth T2000 Tractor, Ser No 1XKTDB0X3YJ842075 with 1991 Refrigerated Trailer, license M88687 Ser No 1UYVS2482MU552529, Nogales, AZ, Mercado, Jesus Manuel, 01/22/04
**05-DEA-455496**, Bank of America, Account #004655792824, VL: $13,406.44, Phoenix, AZ, Ferer, Walter Charles, 08/03/05
**05-DEA-455775**, $384,045.00 U.S. Currency, Mohave County, AZ, Mercado, Rafael Nava, 08/07/05
**05-DEA-455816**, (4) Assorted Weapons, VL: $402.00, (1) Browning Hi-Power 9mm Handgun, Ser No obliterated; (1) .22 Rifle with missing stock, Ser No obliterated; (1) Disassembled revolver, Ser No G28447; (1) .22 Chipmunk Rifle, Ser No 4416077, Arivaca, AZ, Piehl, Robert John and Williford, Leslie Anne, 07/28/05
**05-DEA-455864**, North American Arms Derringer 22 Magnum Revolver, Ser No D95441, VL: $110.00, Arivaca, AZ, Piehl, Robert John and Williford, Leslie Anne, 08/04/05
**05-DEA-456049**, $43,950.00 U.S. Currency, Culver City, CA, Pate, Eric Donkur, 08/12/05
**NORTHERN DISTRICT OF CALIFORNIA**
**05-DEA-456137**, 1999 Lincoln Navigator, 5LMPU28A0XLJ29675, Antioch, CA, Menifee, Duanieal Paul, 08/10/05
**05-DEA-456249**, 1955 Ford Thunderbird, P5FH235863, East Palo Alto, CA, Gardner, Nathaniel Willie AKA Gardner, Nathan Willie 08/09/05
**05-DEA-456253**, $8,500 00 U.S Currency, East Palo Alto, CA, Gardner, Nathaniel Willie AKA Gardner, Nathan Willie, 08/09/05
**05-DEA-456286**, 1994 Acura Integra LS, JH4DB7556RS002537, Redwood City, CA, Colunga-Guzman, Oscar, 08/15/05
**05-DEA-456317**, 1999 Chevy Silverado, 2GCEC19V2X1222426, Redwood City, CA, Reyes, Armando C., 08/15/05
**05-DEA-456348**, $1,460.00 U.S. Currency, San Jose, CA, Mai, Dennis, 07/27/05
**05-DEA-456356**, $1,680.00 U.S Currency, San Jose, CA, Banh, Ye Tuan, 07/27/05
**SOUTHERN DISTRICT OF CALIFORNIA**
**05-DEA-455589**, $5,005 00 U S Currency, San Diego, CA, Mora-Ramirez, Asencion, 08/09/05
**05-DEA-455737**, $1,900.00 U.S. Currency, Carlsbad, CA, Barton, Daniel, 08/15/05
**05-DEA-455919**, $27,500.00 U S. Currency, Chula Vista, CA, Colon, Daniel Fernandez, 08/17/05
**05-DEA-455920**, $470.00 U.S. Currency, Chula Vista, CA, Colon, Daniel Fernandez, 08/17/05
**05-DEA-455926**, $4,022.00 U.S. Currency, San Diego, CA, Rivera, Maria De Jesus, 08/17/05
**05-DEA-455927**, $2,797.00 U.S. Currency, San Diego, CA, Ramirez-Peredo, Pablo, 08/17/05
**05-DEA-455933**, $3,300.00 U.S. Currency, San Diego, CA, Vergara, Francisco, 08/18/05
**05-DEA-455934**, $10,000.00 U.S. Currency, San Diego, CA, Cammarenas, Lorena, 08/18/05
**05-DEA-456122**, KVA 35KW/45 Generator with Trailer, Ser No 7202771, San Diego, CA, Mahon, Ian Michael, 08/15/05
**DISTRICT OF COLORADO**
**05-DEA-455860**, 1995 Jeep Grand Cherokee, 1J4GZ78Y8SC594825, Denver, CO, Sarmiento-Gonzalez, Samuel David, 08/10/05
**05-DEA-455994**, $5,960.00 U.S. Currency, Denver, CO, Bartley, Cameron and Pywell, Monica, 08/18/05
**DISTRICT OF CONNECTICUT**
**05-DEA-456232**, $2,500.00 U.S. Currency, Bridgeport, CT, Reyes-Almonte, Wilson AKA Torres-Matos, Luis, 08/18/05
**05-DEA-456235**, $72,141.00 U.S. Currency, Waterbury, CT, Gonzalez, Alejandro, 08/16/05
**MIDDLE DISTRICT OF FLORIDA**
**05-DEA-455741**, Assorted Electronic Equipment, VL: $8,300.00, Ser No N/A, (1) HP Pavillion Model A635w, Ser No MXM4300RR (1) AKG Microphone Model 200, Ser No MS112BK, (1) Korg Keyboard Model Triton LE6, Ser No 046339, (1) Focus Rite Model TKA Master Pro, Ser No TMP00664; (1) DBX Compressor-Gate Model Z66XL, Ser No 00012875; (1) Furman Linear Filter Model PL8, Ser No 011373002536, (1) Behringer Digital Processor Model DEQ, Ser No ...

Chicago, IL, Ruanova, Giovanni, 06/18/04
**05-DEA-455761**, $24,140.00 U.S. Currency, Chicago, IL, Harrison, Todd, 07/29/05
**05-DEA-455776**, 2000 Jeep Grand Cherokee, 1J4GW58N8YC192217, Cicero, IL, Lopez, Jose G, 07/12/05
**05-DEA-455792**, $3,190.00 U.S. Currency, Melrose Park, IL, Urbina, Oracio, 08/08/05
**05-DEA-456012**, 1966 Ford Thunderbird, 6Y83Z157760, Chicago, IL, Webb, Steve, 08/08/05
**05-DEA-456141**, $2,250 00 U.S. Currency, Niles, IL, Arredondo Jr., Jesus, 08/08/05
**05-DEA-456177**, 1997 Infiniti Qx4 SUV, JNRAR05Y9VW013052, Melrose Park, IL, Arredondo Jr., Jesus, 08/08/05
**05-DEA-456224**, $49,940.00 U.S. Currency, Chicago, IL, Velazquez-Salgado, Carlos, 08/17/05
**SOUTHERN DISTRICT OF ILLINOIS**
**05-DEA-455457**, $9,975.00 U.S. Currency, East St. Louis, IL, Williams, Kevin L., 07/29/05
**05-DEA-455501**, Gold 2000 Chevrolet Tahoe SUV, 1GNEC13T6YJ147638, Fairview Heights, IL, Haten, Joann, 08/02/05
**05-DEA-455536**, $72,170.00 U.S. Currency, Collinsville, IL, Haten, Joann, 08/02/05
**NORTHERN DISTRICT OF INDIANA**
**05-DEA-455600**, $43,060.00 U.S. Currency, East Chicago, IN, Reyna, John, 07/27/05
**SOUTHERN DISTRICT OF INDIANA**
**05-DEA-456116**, $4,817.00 U.S. Currency, Anderson, IN, Bailey, Jason, 08/12/05
**DISTRICT OF KANSAS**
**05-DEA-456124**, $58,905.00 U.S. Currency, Junction City, KS, Boyd, George Arnold and Grijalva, Alejandro Vasquez, 08/23/05
**EASTERN DISTRICT OF KENTUCKY**
**05-DEA-455889**, $2,895.00 U.S. Currency, Nicholasville, KY, Giles, James Douglas AKA Giles II, James Douglas AKA Giles, Doug, 08/09/05
**05-DEA-455918**, $4,208.00 U.S. Currency, Charles, MO, Fimbers, Brian, 07/11/05
**05-DEA-455261**, $37,010.00 U.S. Currency, St. Charles, MO, Fimbers, Brian, 07/11/05
**05-DEA-455264**, $38,965.00 U.S. Currency, St. Charles, MO, Fimbers, Brian, 07/11/05
**05-DEA-455492**, $3,000.00 U.S. Currency, Park Hills, MO, Radford, John, 07/28/05
**05-DEA-455514**, 1998 Ford Expedition, 1FMRU18W6WLA42640, Rolla, MO, Valencia, Fernando, 07/25/05
**05-DEA-455714**, $2,216.00 U.S. Currency, St. Louis, MO, Hicks, Gary Allen, 08/04/05
**WESTERN DISTRICT OF MISSOURI**
**05-DEA-455625**, 2002 Harley Davidson 883 Sportster, 1HD4CKM142K143403, Jefferson City, MO, Strouse, Nikki Fujiko and Rodebaugh, Rodney Keith, 07/29/05
**05-DEA-455627**, 2002 GMC Yukon, 1GKEK13ZX2J263999, Jefferson City, MO, Rodebaugh, Rodney Keith and Strouse, Nikki Fujiko, 07/29/05
**05-DEA-455630**, 1964 Ford Falcon, 4H17F198693, Jefferson City, MO, Rodebaugh, Rodney Keith and Strouse, Nikki Fujiko, 07/29/05
**NORTHERN DISTRICT OF MISSISSIPPI**
**05-DEA-456081**, 2000 John Deere Tractor Model 8310, Ser No RW8310P001504, Shelby, MS, Patton, Hezekiah, 07/26/05
**05-DEA-456090**, 2000 John Deere Trail Buck 650 EX 4x4 4-Wheeler, MOGKBC5011054, Shelby, MS, Patton, Hezekiah, 07/26/05
**SOUTHERN DISTRICT OF MISSISSIPPI**
**05-DEA-456023**, $30,000.00 U.S. Currency, Gulfport, MS, Perez, Rudy, 08/16/05
**05-DEA-456028**, $17,715.00 U.S. Currency, Pass Christian, MS, Ruiz III, Carlos, 08/17/05
**05-DEA-456068**, $9,000.00 U.S. Currency, Biloxi, MS, Morehead, Travis Antonia, 08/11/05
**05-DEA-456071**, $19,010.00 U.S. Currency, Pass Christian, MS, Howard, Loviko Tavaris, 08/18/05
**05-DEA-456106**, $5,780.00 U.S. Currency, Long Beach, MS, Jordan, Damian, 08/05/05
**EASTERN DISTRICT OF NORTH CAROLINA**
**05-DEA-455922**, 2003 Toyota Tacoma, 5TESN92N13Z258572, Raleigh, NC, Cadiz, Ivan Forlan, 08/09/05
**MIDDLE DISTRICT OF NORTH CAROLINA**
**05-DEA-455961**, $66,040.00 U S. Currency, Asheboro, NC, Soto, Luis Marcelo, 08/12/05
**DISTRICT OF NORTH DAKOTA**
**05-DEA-456316**, 1988 GMC C1500 Sportside, 1GTDK14K6JZ525302, Belcourt, ND, Norris, Laurie, 07/27/05
**DISTRICT OF NEBRASKA**
**05-DEA-455805**, $16,200 U.S. Currency, Cass County, NE, Rivera-Hernandez, Ignacio and Huerta-Espinoza, Ruben, 08/10/05
**05-DEA-455824**, 2002 Chevrolet Avalanche, 3GNEC13T62G111991, Cass County, NE, Huerta-Espinoza, Ruben and Rivera-Hernandez, Ignacio, 08/10/05
**05-DEA-455849**, 2001 GMC Yukon, 1GKEK13T01J138777, Sarpy County, NE, Cordero, Jose, 08/16/05
**05-DEA-456200**, $18,000.00 U.S. Currency, Lancaster County, NE, Alderete, Angel and Alderete ...

Bronx, NY, Martineau, Philippe, 08/10/05
**05-DEA-456026**, $322,610 00 U S. Currency, Bronx, NY, Valentin, Rolando, 08/15/05
**05-DEA-456089**, $6,995.00 U.S. Currency, Bronx, NY, Chester, Jamie, 08/04/05
**WESTERN DISTRICT OF NEW YORK**
**05-DEA-454935**, 2000 Chevrolet Blazer, 1GNCT18W4YK237682, Cheektowaga, NY, Jackson, Michael Ray, 07/12/05
**05-DEA-454941**, 2000 Cadillac Deville, 1G6KF5790YU245381, Buffalo, NY, Jones, Martellus, 07/12/05
**05-DEA-454946**, 2000 Mercedes-Benz E Class, WDBJF65J8YB127570, Buffalo, NY, Parker, Randall, 07/12/05
**05-DEA-455542**, $2,275 00 U S. Currency, Amherst, NY, Kats, Vladislav, 08/08/05
**05-DEA-455803**, $4,431.00 U S. Currency, Cheektowaga, NY, Labombard Jr., Kenneth L., 08/15/05
**05-DEA-455988**, $2,450.00 U.S. Currency, Rochester, NY, Rosado, Nestor, 08/16/05
**05-DEA-456013**, $6 689.00 U.S. Currency, Rochester, NY, Hall, Brittany, 08/16/05
**05-DEA-456019**, $2,796.00 U.S Currency, Rochester, NY, Odum, Terrance, 08/18/05
**05-DEA-456054**, 2000 Harley Davidson Heritage Motorcycle, 1HD1BRY1XYY056880, Gerry, NY, Kiendl, Stephen R., 08/17/05
**05-DEA-456170**, $5,492.00 U.S. Currency, Rochester, NY, Neary, Gerald, 08/08/05
**NORTHERN DISTRICT OF OHIO**
**05-DEA-455941**, 1972 Pontiac LeMans, 2G37M2P126005, Canton, OH, Lawson, Patrick Dwain AKA Lawson, Patrick Duane AKA Lawson, Patrick AKA Lawson, Patrick D. AKA Lawson, Patrick Dwayne, 08/10/05
**05-DEA-455967**, 1966 Chevrolet Caprice, 166476T247597, Canton, OH, Lawson, Patrick Dwain AKA Lawson, Patrick Duane AKA Lawson, Patrick AKA Lawson, Patrick D AKA Lawson, Patrick Dwayne, 08/10/05
07/27/05
**05-DEA-456080**, $25,050.00 U.S. Currency, Houston, TX, Cruz, Jose, 08/09/05
**05-DEA-456130**, $18,000.00 U.S. Currency, Houston, TX, Rosario, Denorah AKA Cabrera, Altagracia, 08/09/05
**05-DEA-456131**, 1995 Mercury Grand Marquis, 2MELM74W5SX643018, Falfurrias, TX, Guerra, Angel Carlos, 08/21/05
**05-DEA-456150**, $16,162.00 U.S. Currency, Houston, TX, Salazar, Minerva AKA Parez, Maria, 08/09/05
**05-DEA-456157**, $10,400.00 U.S. Currency, Houston, TX, Haynes, Hurley Paul, 08/17/05
**05-DEA-456186**, 1990 Great Dane Trailer, 1GRAA9628LB051033, Hidalgo, TX, Cruz-Martinez, Juan Jose, 08/11/05
**05-DEA-456189**, 1997 Peterbilt Tractor, 1XP5DB8X0VN427081, Hidalgo, TX, Cruz-Martinez, Juan Jose, 08/11/05
**WESTERN DISTRICT OF TEXAS**
**05-DEA-455753**, 2005 Utility Trailer, XXXXXXXXXXXXXXXXX, (no vin number available) Sierra Blanca, TX, Varela, Andres, 08/07/05
**05-DEA-455998**, 2004 American Iron Horse Custom Slammer Motorcycle, 5L5SZ044841000117, El Paso, TX, Welchko, Chris, 08/17/05
**05-DEA-456182**, $2,453 00 U S. Currency, Temple, TX, Albright, Tommy, 08/10/05
**DISTRICT OF UTAH**
**05-DEA-456078**, $54,000 00 U.S. Currency, Salina, UT, Obie, John, 08/24/05
**EASTERN DISTRICT OF VIRGINIA**
**06-DEA-455999**, $14,775.00 U.S. Currency, Arlington, VA, Pulliam, Annie, 08/17/05
**DISTRICT OF VERMONT**
**05-DEA-455902**, $5,780 00 U S. Currency, Rutland, VT, Morrison, Graytz B., 08/17/05
**05-DEA-456193**, $5,525.00 U.S. Currency, Montpelier, VT, Adams, Reuben, 08/23/05
**05-DEA-456195**, $3,742 00 U.S. Currency, Shelburne, VT, Maynard, Douglas, 08/22/05
**EASTERN DISTRICT OF WISCONSIN**
**05-DEA-455868**, $6,045.00 U.S. Currency, Racine, WI, Jackson, Donta, 08/17/05
**05-DEA-455877**, $2,000.00 U.S. Currency, Waukesha, WI, Sandoval, Moises, 08/17/05
**05-DEA-455907**, $9,212.00 U.S. Currency, Manitowoc, WI, Klueger, Todd A., 08/17/05
**05-DEA-455989**, $9,355.00 U S. Currency, Milwaukee, WI, Perkins, Howard, 08/18/05
**05-DEA-456053**, $1,975.00 U S. Currency, Wauwatosa, WI, Walls, Felix, 08/18/05
**05-DEA-456120**, $5,000 00 U.S. Currency, Kenosha, WI, Brown, Gredel Francoise, 08/19/05
**05-DEA-456129**, $2,010 00 U.S. Currency, Green Bay, WI, Brooks, Donte C., 08/23/05
**WESTERN DISTRICT OF WISCONSIN**
**05-DEA-456123**, $2,760 00 U.S. Currency, La Crosse, WI, Love, Jamian L., 08/18/05
**NORTHERN DISTRICT OF WEST VIRGINIA**
**05-DEA-456027**, $4,123 00 U.S Currency, Weirton, WV, Nujie, Chernorrusa M., 08/05/05

date just) with diamond studded bezel and bracelet.; (1) 14k gold cross with diamonds and gold chain with diamonds; (1) White gold cross with diamonds & 42" white gold chain; (1) White gold tennis bracelet with diamonds; (1) 18k white gold men's ring with 1.1ct trillion cut diamond and miscellaneous smaller diamonds; (1) 1.10ct trillion cut diamond stud earring; (1) Men's gold colored stainless steel Technocra diamond studded watch with two extra clasps, Laveen, AZ, Torrence, Dujuan Deon AKA Devo, 07/18/05
**05-DEA-455577**, $76,747.00 U.S. Currency, Phoenix, AZ, Coleman, Marcus Donell, 07/27/05
**05-DEA-455582**, $120,233 00 U.S. Currency, Phoenix, AZ, Wheeler, Ramon Jovad, 07/27/05
**05-DEA-455583**, $89,110.00 U.S. Currency, Phoenix, AZ, Bernard, Latoya Tanisha, 08/02/05
**CENTRAL DISTRICT OF CALIFORNIA**
**05-DEA-442697**, $419,396.00 U.S. Currency, Beaumont, CA, Montoya, Manuel E. and Ahumada-Salazar, Jesus Ruben, 10/07/04
**05-DEA-442698**, 1998 Ford Expedition, 1FMRU17L5WLA68167, Beaumont, CA, Montoya, Manuel E., 10/07/04
**05-DEA-447477**, $518,613.00 U.S. Currency, Los Angeles, CA, Romo, Jose Andres, 02/06/05
**05-DEA-450372**, $1,712.00 U.S. Currency, Los Angeles, CA, Ochoa, Joaquin Armando, 04/06/05
**05-DEA-453475**, $99,880.00 U.S. Currency, Culver City, CA, Glanz, Richard Irvin, 06/08/05
**05-DEA-454673**, Washington Mutual Bank, Account #429-016267-0, VL: $36,000.00, El Segundo, CA, Manzilla, Pedro, 07/01/05
**05-DEA-454690**, Washington Mutual Bank, Account #387-383407-8, VL: $19,643.38, El Segundo, CA, Manzilla, Alejandra, 07/01/05
**05-DEA-454691**, Washington Mutual Bank, Account #094-284151-2, VL: $9,000.00, Los Angeles, CA, Washington Mutual Bank, 07/01/05
**05-DEA-454813**, Bank of America, Account #08904-02798, VL: $7,633.01, El Segundo, CA, Bank of America, 07/06/05
Littleton, CO, Gomez, Christopher David and Schoonover, Nicholas S., 07/22/05
**05-DEA-455587**, 1967 Oldsmobile 442, 338177M412249, Littleton, CO, Schoonover, Nicholas S., 07/22/05
**05-DEA-455658**, Marijuana Cultivation Equipment, VL: $3,305.00, Littleton, CO, Gomez, Christopher David and Schoonover, Nicholas S., 07/22/05
**05-DEA-455669**, $7,590.00 U.S. Currency, Limon, CO, Fonseca, Abimel and Rios-Medina, Herasmo, 07/27/05
**05-DEA-455690**, $6,080.00 U.S. Currency, Longmont, CO, Dizinno, Damion Matthew, 08/01/05
**DISTRICT OF CONNECTICUT**
**05-DEA-454838**, $6,236.00 U.S. Currency, Stratford, CT, Charon, Edwin, 07/14/05
**05-DEA-454982**, 1997 Pontiac Grand Prix, 1G2WP1215VF237464, East Hartford, CT, Lee, James E., 07/07/05
**DISTRICT OF DELAWARE**
**05-DEA-455905**, $3,002.00 U.S. Currency, Wilmington, DE, Hammond, Terrone A., 08/16/05
**MIDDLE DISTRICT OF FLORIDA**
**05-DEA-452050**, 1997 GMC Safari Van, 1GKDM19WXVB512139, Winter Garden, FL, Navarro Carrazco, Eliezer, 04/25/05
**05-DEA-455708**, $43,308.00 U.S. Currency, Dade City, FL, Zamora, Ricardo, 08/04/05
**05-DEA-455925**, 2002 Toyota Tundra Extended Cab, 5TBRT38152S331811, Holly Hill, FL, Anderson, Elizabeth Gordon, 08/11/05
**05-DEA-455938**, 1999 Dodge Viper GTS ACT, 1B3ER69E8XV502847, Ocala, FL, Butler, Andrea, 07/09/05
**05-DEA-455950**, 1986 Ford Mustang LX Runabout, 1FABP28M5GF207343, Daytona Beach, FL, Marrs, Shannon Delaine, 08/11/05
**05-DEA-455965**, 1968 Pontiac GTO Convertible, 242678P312714, Ormond Beach, FL, Wilburn, Larry D., 08/11/05
**05-DEA-455993**, 1987 Chevrolet Corvette Hatchback, 1G1YY2189H5111391, Daytona Beach, FL, Marrs, Shannon Delaine, 08/11/05
**05-DEA-456022**, 1996 International Series 4700 Tow Truck, 1HTSCABMXTH318349, South Daytona, FL, Carrion, Teddy William, 08/11/05
**05-DEA-456031**, 2000 BMW 540I Sedan, WBADN5342YGC94826, Ormond Beach, FL, O'Rourke Jr., William F., 08/11/05
**05-DEA-456036**, 2003 Chevrolet C1500 Silverado Extended Cab, 1GCEC19V93Z138766, Ormond Beach, FL, O'Rourke Jr., William F., 08/11/05
**05-DEA-456044**, 1998 Dodge 1500 Extended Cab, 3B7HC13Y0WG230997, Ormond Beach, FL, Schuster, Mark Alan, 08/11/05
**SOUTHERN DISTRICT OF FLORIDA**
**05-DEA-455647**, (1) Rolex Oyster Perpetual Watch, VL: $10,000.00, West Palm Beach, FL, Puig Jr., Jorge, 07/08/05
**05-DEA-455649**, 2001 GMC Yukon Denali, 1GKEK63U41J299526, Lake Worth, FL, Puig Jr., Jorge, 07/08/05
**NORTHERN DISTRICT OF GEORGIA**

Checks #728496320 and #728496321, Account #102000979;68007284963213, VL: $55,000.00, Russell, KS, Berges, Reen, 07/07/05
**EASTERN DISTRICT OF KENTUCKY**
**05-DEA-455619**, $1,460.00 U.S. Currency, Lexington, KY, Jordan, Jeffery Stewart AKA Jordan, Jeff, 08/02/05
**05-DEA-455828**, Magnum Research Desert Eagle .44 Magnum Pistol with Ammunition, Ser No 53815, VL: $700.00, Lexington, KY, Boone, Anthony Ryan, 08/09/05
**05-DEA-455850**, $5,132.00 U.S. Currency, Lexington, KY, Lamb, Jonathon Scott AKA Lamb, Jon AKA Lamb, Jonathan, 08/09/05
**WESTERN DISTRICT OF KENTUCKY**
**05-DEA-455586**, 2000 Peterbuilt Uni-Built Ultra Cab Semi, 1XP5DB9X6YN513479, Brooks, KY, Doucette, Marvin AKA Doucette, Marvin Garrard AKA Doucette, Garrard, 07/29/05
**EASTERN DISTRICT OF LOUISIANA**
**05-DEA-455707**, $4,391.00 U.S. Currency, Boutte, LA, Thompson Jr., Ronald, 08/02/05
**05-DEA-455822**, $1,954.12 U.S. Currency, Boutte, LA, Thompson Jr., Ronald, 08/02/05
**MIDDLE DISTRICT OF LOUISIANA**
**05-DEA-455827**, $2,750.00 U.S. Currency, Baton Rouge, LA, Willis, Christopher Ray, 08/09/05
**WESTERN DISTRICT OF LOUISIANA**
**05-DEA-455568**, 2003 Ford Expedition, 1FMFU17L33LC39397, Lafayette, LA, Thomas, Jonas K., 07/07/05
**DISTRICT OF MASSACHUSETTS**
**05-DEA-455606**, 2001 Ford Taurus, 1FAHP53U11A149139, Quincy, MA, Huerta, Rafael AKA Colon, Hector AKA Rivera, Angel, 07/07/05
**05-DEA-455616**, 1993 Saab 900S, YS3AK46E6P2017210, Quincy, MA, Huerta, Rafael AKA Colon, Hector AKA Rivera, Angel, 07/07/05
**05-DEA-455620**, 1996 Volvo 850 Station Wagon, YV1LW5722T2229234, Quincy, MA, Huerta, ...
AKA Woodward, Freman Raychawnn AKA Free AKA Freeman, Raychon, 08/02/05
**05-DEA-455612**, 1996 Mercury Cougar, 1MELM62W0TH603699, Utica, MI, Woodward, Freman Rayshawn AKA Woodward, Freman Raychann AKA Woodward, Fremon AKA Woodward, Freeman Raychon AKA Woodward, Freman Raychon AKA Woodward, Freeman AKA Woodward, Freman Raychawnn AKA Free AKA Freeman, Raychon AKA Woodward, Freman Rachawn AKA Diaz, Samuel Jose, 08/02/05
**05-DEA-455614**, 1999 Jaguar XK8, SAJGX204XXC041450, Utica, MI, Woodward, Freman Raychawn AKA Woodward, Freman Raychann AKA Woodward, Fremon AKA Woodward, Freeman Raychon AKA Woodward, Freman Raychon AKA Woodward, Freeman AKA Woodward, Freman Raychawnn AKA Free AKA Freeman, Raychon AKA Woodward, Freman Rachawn AKA Diaz, Samuel Jose, 08/02/05
**05-DEA-455622**, 2003 Redneck Rocket Motorcycle, 1R9HB29063L441108, Utica, MI, Woodward, Freman Raychawn AKA Woodward, Freman Raychann AKA Woodward, Fremon AKA Woodward, Freeman Raychon AKA Woodward, Freman Raychon AKA Woodward, Freman Raychawnn AKA Free AKA Freeman, Raychon AKA Woodward, Freman Rachawn AKA Diaz, Samuel Jose, 08/02/05
**05-DEA-455874**, $2,655.00 U.S. Currency, Detroit, MI, Ashford, Leonard Tate, 08/11/05
**DISTRICT OF MINNESOTA**
**05-DEA-455277**, 2001 Chevrolet Tahoe, 1GNEK13T21J292331, Brooklyn Park, MN, Loeffler, Brodie Wayne, 07/25/05
**EASTERN DISTRICT OF MISSOURI**
**05-DEA-455291**, $970.00 U.S. Currency, Park Hills, MO, Long, Ronda J., 07/28/05
**NORTHERN DISTRICT OF MISSISSIPPI**
**05-DEA-455665**, Assorted Jewelry, VL: $33,300.00, (1) Gold Bracelet 10K Gold with cubic zirconia stones; (1) Coin Necklace 14K Gold with $50.00 Gold Liberty Coin; (1) Rolex Watch 18K Gold with 32 Round diamond, champagne diamond dail; (1) Italian Gold Watch with Rolex dial 18k and Diamond bezel, Black pin-stripe dial; (1) Stainless Steel 18K Gold Rolex Submariner Watch, Greenville, MS, Christian, Helen and Christian, Darrell, 07/15/05
**SOUTHERN DISTRICT OF MISSISSIPPI**
**05-DEA-455678**, $2,520.00 U.S. Currency, Biloxi, ...

EXHIBIT

3

Williams, Roy, 07/16/05
**05-DEA-455831**, $12,200.00 U.S. Currency, Madison, NC, Williams, Emma Jordan AKA ...

1GKEK63U93J148...
07/21/05
**05-DEA-455529**, $... Yonkers, NY, Ramir...
**05-DEA-455802**, B... WBAGJ8326WDM... Alejandro and Sant...
**05-DEA-455807**, $... Bronx, NY, Santa, C... Alejandro, 08/03/05
**05-DEA-455879**, $... Yonkers, NY, Louiss...
**WESTERN DISTRI...**
**05-DEA-455544**, $... Grand Island, NY, W...
**05-DEA-455638**, $... Grand Island, NY, 3...
**NORTHERN DISTR...**
**05-DEA-455706**, $4... Columbiana County... 07/29/05
**05-DEA-455720**, 2C... 2C3JA63H25H1153... Steven C. AKA Dou...
**05-DEA-455739**, $2... Jackson, OH, Chiolo... Chiolo, Mike AKA C...
**05-DEA-455740**, 20... 5LMFU28AXYLJ43... Michael Valentino A... Chiolo, Mike, 08/01/...
**05-DEA-455750**, 19... 4T1BF18B5WU226... Knight, Carl S., 07/2...
**05-DEA-455819**, 19... 1LNFM97V9WY650... Rolando Dominguez... 08/08/05
**SOUTHERN DISTRI...**
**05-DEA-455071**, $2... Pataskala, OH, Villar...
**05-DEA-455141**, $2... Bay, WI, Sanchez-P...
**05-DEA-455378**, $2... Bay, WI, Contreras, Luis Alberto, 08/03/...
**05-DEA-455396**, $4... Bay, WI, Claybrooks...
**05-DEA-455517**, 19... 1XPCDB8X1SD372... Garden Center, 08/0...
**05-DEA-455533**, 19... 1NNVA5328SM227... Garden Center, 08/0...
**05-DEA-455611**, $7,... Milwaukee, WI, Leml...
**05-DEA-455660**, $3... Milwaukee, WI, Quile... 08/11/05
**05-DEA-455745**, $2... Milwaukee, WI, Gard...
**WESTERN DISTRIC...**
**05-DEA-455150**, $3,... Madison, WI, Carder...
**05-DEA-455171**, 19... 3GNEK18R1TG17... Mark A., 07/28/05
**05-DEA-455285**, $3,... WI, Larson, Terrance...
**05-DEA-455302**, Ass... $18,650.00, (1) Kubo... L723 loader; (1) John... with 2 mower decks,... wheel weights, and b... steer type trailer; (1)... Lodi, WI, Larson, Ten...
**05-DEA-455462**, $6,... Wisconsin Dells, WI,... Luna, Juan F., 07/29/...
**05-DEA-455467**, $13... Buckner, Simon A., 07...
**05-DEA-455510**, $2,1... Stevens Point, WI, Ru...
**05-DEA-455574**, $11... Beloit, WI, Clark, Orla...
**05-DEA-455709**, $2,4... Claire, WI, King, Derr...
**SOUTHERN DISTRIC...**
**04-DEA-440558**, 200... SALME11433A12060... Jr., Richard, 08/12/04
**04-DEA-440607**, $21,... Charleston, WV, Walk...

...IRD NOTICE
...ST DATE TO FILE
...ACE SEIZED, SEIZ...

...DDLE DISTRICT O...
...-DEA-455095, $19,... ...ontgomery, AL, Joni...
...RTHERN DISTRIC...
...-DEA-455285, 199... ...1NE52M8WY1810... ...epulveda, Freddy, 07...
**05-DEA-455287**, 2001... JTHBN30F610029110...

THE WALL STREET JOURNAL.

MONDAY, OCTOBER 3, 2005

# LEGAL NOTICE ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-14 Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu o the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects,

**FIRST NOTICE**
**LAST DATE TO FILE**
**NOVEMBER 16, 2005**
**PLACE SEIZED, SEIZED FROM**
**DATE SEIZED**

**NORTHERN DISTRICT OF ALABAMA**
**05-DEA-456407**, $3,800 U.S. Currency, Cullman, AL, Cordes, Matthew, 08/25/05
**05-DEA-456508**, $135,000.00 U.S. Currency, Hoover, AL, Flores Jr., Jose Guadalupe, 08/24/05
**EASTERN DISTRICT OF ARKANSAS**
**05-DEA-456393**, $2,279.00 U.S. Currency, Redwood City, CA, Jiminez, Saul Ortega, 08/15/05
**05-DEA-456550**, Assorted Weapons, VL: $225.00, (1) Marlin 336 Lever Action 30-30 Caliber, Ser No 20000135; (1) Remington 30-A3 Bolt Action 30-06 Caliber, Ser No 3360269, Santa Rosa, CA, Marsh, Barry, 08/18/05
**05-DEA-456556**, $38,989.00 U.S. Currency, Santa Rosa, CA, Marsh, Barry, 08/18/05
**05-DEA-456562**, Assorted Weapons, VL: $600.00, (1) .45 Caliber Pistol, Ser No 1104206; (1) Raven Arms .25 Caliber Pistol, Ser No 1654656, (1) RG .38 Caliber Revolver, Ser No V032663, East Palo Alto, CA, Walker, Tracey Renee, 08/24/05
**05-DEA-456646**, $1,855.00 U.S. Currency, East Palo Alto, CA, Mosley, John A., 08/23/05
**SOUTHERN DISTRICT OF CALIFORNIA**
**05-DEA-455930**, $1,860.00 U.S. Currency, Solana Beach, CA, Espinoza-Munoz, Alfredo, 08/17/05
**05-DEA-456101**, $3,478.00 U.S. Currency, San Marcos, CA, Powell, Wesley Frank, 08/23/05
**05-DEA-456142**, $3,000.00 U.S. Currency, San Diego, CA, Anderson, John Alan and Fees, Charity, 08/23/05
**05-DEA-456143**, $1,055.00 U.S. Currency, San Diego, CA, Anderson, John Alan, 08/23/05
**DISTRICT OF COLORADO**
**05-DEA-456246**, Multiple Weapons, VL: $966.00, (1) Desert Eagle Pistol, Ser No 20305152; (1) Springfield Armory .45 Caliber Pistol, Ser No LW419820; (1) Century Arms C-15 .223 Caliber Semi-automatic Assault Rifle, Ser No CM00111; (1) Magazine with ammunition, Denver, CO, Bartley, Cameron and Pywell, Monica, 08/18/05
**05-DEA-456255**, 1998 Toyota Camry, JT2BG22K6W0213437, Silverthorne, CO, Flores-Espinoza, Raul, 08/16/05
**MIDDLE DISTRICT OF FLORIDA**
**05-DEA-456139**, 1982 Jeep CJ8 Scrambler, 1JCCN88E5CT017729, Ormond Beach, FL, Wilburn, Larry D . 08/11/05
**05-DEA-456174**, 2003 Cadillac Escalede, 3GYEK63N53G269471, Plant City, FL, Hale, Terry Junior, 08/19/05 [illegible] U.S. Currency, Conley, GA, McCoy, Lionel Andre, 08/24/05
**05-DEA-456252**, $18,145.00 U.S. Currency, Atlanta, GA, Vitela, Juan AKA Garcia, Joel, 08/02/05
**05-DEA-456283**, $57,000.00 U.S. Currency, Atlanta, GA, Haynes, Ezra, 08/24/05
**05-DEA-456292**, 1997 Freightliner Tractor-Truck, 1FUPCSEB5VP930236, LaGrange, GA, Garcia, Heriberto, 08/29/05
**05-DEA-456314**, $9,700.00 U.S. Currancy, Atlanta, GA, Woods Jr., Ronald S. AKA Wright, Samuel Jessie, 08/18/05
**05-DEA-456658**, 18kt Yellow Gold Men's Rolex Watch with Diamond Dial, and Custom Diamond Bezel with 2.75 ct round cut diamond, VL: $22,000.00, Roswell, GA, Paris, Thomas Lee Everette AKA Mr., 07/18/05
**05-DEA-456818**, Assorted Jewelry, VL: $2,950.00, (1) Joe Rodeo Brand Mens Watch with leather band; Stainless Steel; (1) 14kt Yellow Gold Diamond ring with yellow and white diamonds with round and princess cut diamonds, Roswell, GA, Paris, Thomas Lee Everette AKA Mr. Ford, 07/18/05
**DISTRICT OF HAWAII**
**05-DEA-456149**, $19,760.00 U.S. Currency, Honolulu, HI, Fiorentino, Dayna, 08/09/05
**05-DEA-456270**, 2003 Infinity G35 Sedan, JNKCV54E03M216038, Honolulu, HI, Takafuji, Christine, 08/12/05
**NORTHERN DISTRICT OF IOWA**
**05-DEA-456279**, $2,114.10 U.S. Currency, Sioux City, IA, Williams, Robert and Freemont, Pearl Elizabeth-Ann, 08/17/05
**05-DEA-456293**, $3,177.00 U.S. Currency, Sioux City, IA, Black, Keith Curtis, 08/17/05
**SOUTHERN DISTRICT OF IOWA**
**05-DEA-455771**, F.I.E. Titan .25 caliber semi automatic handgun, Ser No D864681, VL: $25.00, Des Moines, IA, Brooks, Jannaen Michelle, 08/04/05
**05-DEA-455797**, $4,000.00 U.S. Currency, Des Moines, IA, Gray, William L., 08/05/05
[illegible]
**05-DEA-456515**, $2,755.00 U.S. Currency, Cecil County, MD, Harris, Calvin Deshon, 08/15/05
**05-DEA-456519**, $12,740.00 U.S. Currency, Harford County, MD, Nurse, Sherwin Adnan, 08/15/05
**EASTERN DISTRICT OF MICHIGAN**
**05-DEA-455881**, Assorted Jewelry, VL: $36,548.00, Utica, MI, Woodward, Freman Rayshawn AKA Woodward, Freman Raychann AKA Woodward, Fremon AKA Woodward, Freeman Raychon AKA Woodward, Freman Raychann AKA Woodward, Freeman AKA Woodward, Freman Raychawnn AKA Free AKA Freeman, Raychon AKA Woodward, Freman Rachawn AKA Diaz, Samuel Jose, 08/02/05
**05-DEA-456555**, Miscellaneous Jewelry, VL: $22,500.00, (1) Man's 14kt Rose Gold Square Link Neck Chain; (1) Man's Rolex President Oyster Perpetual Day Date Watch Model #118235, Ser No K134534; (1) Man's Retro 14kt Rose Gold Diamond Link Bracelet; (1) Man's Contemporary Rectangular Design Pave Diamond Ring stamped 14kt yellow gold; (1) Man's 28" Round Ball Link Neck Chain stamped 19kt rose gold with diamond pendant, Canton, MI, Dafney, Lavert AKA Lavert, Dafney, 07/18/05
**05-DEA-456561**, Miscellaneous Jewelry, VL: $31,126.00, (1) Man's Gold Filled Gucci Style Watch; (1) Lady's round Case Wittenauer Watch with Stainless Steel Case; (1) Lady' Movado Museum Watch with Stainless Steel Case Bezel and Bracelet,; (1) Man's Rolex Submariner Watch, Model #16613, Ser No F060073; (1) Pair Lady's Double Row CZ Dangle Earrings Stam ped Sterling Silver; (1) Pair Lady's Diamond Earrings of 14kt Yellow gold; (1) Lady's Alternating Raised Gold, Diamond, Coin Bracelet stamped 14kt Yellow Gold ; (1) Lady's Mabe Pearl and Single Row Diamond Ring stamped 14kt Yellow Gold; (1)Pair Lady's Sterling Silver and CZ Dangle Earrings; (1) Lady's Straight Line Diamond "V" Desingn Necklace stamped 14kt Yellow Gold; (1) Lady's Alternating Triple/Double Rectangular Sterling Silver and 18kt yellow gold bracelet; (1) Lady's Two-Tone Bangle Bracelet w/Pierced Out Center; (1) Lady's Straight Line Channel Set Diamond Bangle Bracelet stamped 14kt yellow gold; (1) Pair, [illegible] 1GNFK16K2RJ369301, Jefferson City, MO, M & M Transmission, 07/29/05
**05-DEA-455633**, $28,148.00 U.S. Currency, Jefferson City, MO, Rodebaugh, Rodney Keith, 07/29/05
**05-DEA-455636**, $3,700.00 in U.S. Savings Bonds, (1) US Savings Bonds, Ser No MO06098569I; (9) US Savings Bond Series I, Ser Nos D003778970I; D003778969I; R003320396I; R003320197I; C004919145I; C004919144I; L015399777I; L015399776I; MO06098570I, Jefferson City, MO, Strouse, Nikki Fujiko and Rodebaugh, Rodney Keith, 07/29/05
**05-DEA-455762**, $79,800.00 U.S. Currency, West Plains, MO, Mayfield, Jennifer, 08/01/05
**SOUTHERN DISTRICT OF MISSISSIPPI**
**05-DEA-456188**, $230,000.00 U.S. Currency, Long Beach, MS, Corona-Benitez, Sofia, 08/23/05
**EASTERN DISTRICT OF NORTH CAROLINA**
**05-DEA-456165**, $9,918.00 U.S. Currency, Wilson, NC, Sherrod, Jemel, 08/04/05
**05-DEA-456172**, $10,600.00 U.S. Currency, Smithfield, NC, Abdallah, Addelaziz Sirhan, 08/24/05
**05-DEA-456628**, $90,930.00 U.S. Currency, Smithfield, NC, Robles, Ramon J. and Colon, Miguel A. AKA Campoamor, Hector, 09/06/05
**05-DEA-456632**, $18,040.00 U.S. Currency, Smithfield, NC, Robles, Ramon J. and Colon, Miguel A. AKA Campoamor, Hector, 09/06/05
**MIDDLE DISTRICT OF NORTH CAROLINA**
**05-DEA-456201**, $4,900 00 U.S. Currency, Winston-Salem, NC Cunningham, Keishia Deon, 08/12/05
**05-DEA-456616**. $5,029 00 U.S Currency, Lexington, NC, Underwood, Royal Junior, 09/02/05
**05-DEA-456622**, $10,674.00 U.S. Currency, Eden, NC, Broadnax, Marcia Sherelle and Broadnax, Jermaine Reginal, 08/29/05
[illegible]
**05-DEA-456088**, $7,000 00 U.S. Currency, Rochester, NY, Smith, Jerry Lee, 08/17/05
**05-DEA-456330**, $13 216.00 U.S. Currency, Rochester, NY, Goff, John, 08/26/05
**05-DEA-456435**, $2,700.00 U.S. Currency, Rochester, NY, Rodrigues-Boehm, Jaime, 08/26/05
**NORTHERN DISTRICT OF OHIO**
**05-DEA-455978**, 1998 Ford Expedition, 1FMPU18L6WLB02428, Canton, OH, Dorsey, Victwan Demell AKA Dorsey, Victwan D. AKA Dorsey, Victwan AKA Dorsey, Victwan Delell AKA Dorsey, Vic, 08/10/05
**05-DEA-456065**, $1,299 00 U.S Currency, Cleveland, OH, Frost Michael L., 08/12/05
**05-DEA-456113**, $13,000.00 U.S Currency, Lima, OH, White, Antjuan AKA White, Antjuan S., 08/19/05
**05-DEA-456589**, Miscellaneous Jewelry, VL: $60,275.00, Cleveland, OH, Lewis, Quasand Daniell AKA Gurley, Dale AKA Junior AKA JR AKA Quan AKA Bro AKA Old Boy AKA Q AKA Dog AKA Quemado AKA Lloron, 07/15/05
**SOUTHERN DISTRICT OF OHIO**
**05-DEA-456358**, $8,001.00 U.S. Currency, Columbus, OH, Littlefield-Moxley, Beth M., 08/19/05
**DISTRICT OF OREGON**
**05-DEA-455644**, U.S. Bank, Account #1-823-7153-5184, VL: $6,022.03, Portland, OR, Massingill, David, 08/05/05
**05-DEA-456210**, U.S. Bank, Account #1-536-6414-4940, VL. $3,611.47, Portland, OR, Cashanddash.com, 08/05/05
**EASTERN DISTRICT OF PENNSYLVANIA**
**05-DEA-456136**, $7,143.00 U.S. Currency, Philadelphia, PA, Sanchez, Isaisa, 08/11/05
**05-DEA-456154**, $4,402.00 U.S Currency, Philadelphia, PA, Guglielmo, Ralph, 08/23/05
**DISTRICT OF RHODE ISLAND**
**05-DEA-455485**, $25,262.00 U.S. Currency, Providence, RI, Coradin, Manuel, 08/08/05
**05-DEA-455813**, 2000 Pontiac BSL, 1G2HY54K4Y4183366, Pawtucket, RI, Richards, Jansel, 08/16/05
**05-DEA-455814**, 2001 Lexus G53, JT8BD69S510148097, Pawtucket, RI, Marrow, Dennis, 08/16/05
**05-DEA-456008**, $3,178.00 U.S. Currency, Pawtucket, RI, Marrow, Shaun, 08/11/05
**05-DEA-456031**, $2,600 00 U.S. Currency, Milwaukee, WI, Malone, Lavar, 08/15/05
**WESTERN DISTRICT OF WISCONSIN**
**05-DEA-456185**, $5,980 00 U.S. Currency, Sumner, WI, Rockett, Irvin, 08/25/05

**SECOND NOTICE**
**LAST DATE TO FILE**
**NOVEMBER 09, 2005**
**PLACE SEIZED, SEIZED FROM,**
**DATE SEIZED**

**DISTRICT OF ALASKA**
**05-DEA-455842**, $4,504.00 U.S. Currency, Fairbanks, AK, Simpson, Evan, 08/09/05
**05-DEA-455935**, 2001 Cadillac Deville, 1G6KD54Y41U149440, Anchorage, AK, Williams, Byron, 08/13/05
**NORTHERN DISTRICT OF ALABAMA**
**05-DEA-456115**, $142,980.00 U.S. Currency, Hoover, AL, Davila, Irma Leticia, 08/19/05
**EASTERN DISTRICT OF ARKANSAS**
**05-DEA-448461**, $700.00 U.S Currency, Little Rock, AR, Hyman, Michael, 02/16/05
**05-DEA-448473**, $200.00 U.S. Currency, Little Rock, AR, Hyman, Michael, 02/16/05
**DISTRICT OF ARIZONA**
**04-DEA-431418**, 2000 Kenworth T2000 Tractor, Ser No 1XKTDB0X3YJ842075 with 1991 Refrigerated Trailer, license M88687 Ser No 1UYVS2482MU552529, Nogales, AZ, Mercado, Jesus Manuel, 01/22/04
**05-DEA-455496**, Bank of America, Account #004655792824, VL: $13,406.44, Phoenix, AZ, Ferer, Walter Charles, 08/03/05
**05-DEA-455775**, $384,045.00 U.S. Currency, Mohave County, AZ, Mercado, Rafael Nava, 08/07/05
**05-DEA-455816**, (4) Assorted Weapons, VL: $402.00, (1) Browning Hi-Power 9mm Handgun, Ser No obliterated; (1) .22 Rifle with missing stock, Ser No obliterated; (1) Disassembled revolver, Ser No G28447; (1) .22 Chipmunk Rifle, Ser No 4416077, Arivaca, AZ, Piehl, Robert John and Williford, Leslie
[illegible]
(10) Western Union Money Orders, Ser Nos 08-264557332; 08-369722204; 08-082115300, 08-264557335; 08-264557334; 08-264557336, 08-082115301; 08-264557331; 08-369722205; 08-264557333, Los Angeles, CA, McKoy, Richard, 08/10/05
**05-DEA-456000**, 2000 Ferrari 360 Modena, ZFFYR51B9Y0116434, Pasadena, CA, Woo, Jon Ya, 07/28/05
**05-DEA-456086**, 2003 Chevrolet Tahoe, 1GNEC13T73R158352, Newhall, CA, Bhandal, Maninder Singh, 07/27/05
**05-DEA-456238**, $14,980.00 U.S. Currency, Culver City, CA, Pae, Eric Donkul, 08/12/05
**NORTHERN DISTRICT OF CALIFORNIA**
**05-DEA-456137**, 1999 Lincoln Navigator, 5LMPU28A0XLJ29675, Antioch, CA, Menifee, Duanieal Paul, 08/10/05
**05-DEA-456249**, 1955 Ford Thunderbird, P5FH235863, East Palo Alto, CA, Gardner, Nathaniel Willie AKA Gardner, Nathan Willie, 08/09/05
**05-DEA-456253**, $8,500.00 U.S. Currency, East Palo Alto, CA, Gardner, Nathaniel Willie AKA Gardner, Nathan Willie, 08/09/05
**05-DEA-456286**, 1994 Acura Integra LS, JH4DB7556RS002537, Redwood City, CA, Colunga-Guzman, Oscar, 08/15/05
**05-DEA-456317**, 1999 Chevy Silverado, 2GCEC19V2X1222426, Redwood City, CA, Reyes, Armando C., 08/15/05
**05-DEA-456348**, $1,460.00 U.S. Currency, San Jose, CA, Mai, Dennis, 07/27/05
**05-DEA-456356**, $1,680.00 U.S. Currency, San Jose, CA, Banh, Ye Tuan, 07/27/05
**SOUTHERN DISTRICT OF CALIFORNIA**
**05-DEA-455589**, $5,005.00 U.S. Currency, San Diego, CA, Mora-Ramirez, Asencion, 08/09/05
**05-DEA-455737**, $1,900.00 U.S. Currency, Carlsbad, CA, Barton, Daniel, 08/15/05
**05-DEA-455919**, $27,500.00 U.S. Currency, Chula Vista, CA, Colon, Daniel Fernandez, 08/17/05
**05-DEA-455920**, $470.00 U.S. Currency, Chula Vista, CA, Colon, Daniel Fernandez, 08/17/05
**05-DEA-455926**, $4,022.00 U.S. Currency, San Diego, CA, Rivera, Maria De Jesus, 08/17/05
**05-DEA-455927**, $2,797.00 U.S. Currency, San Diego, CA, Ramirez-Peredo, Pablo, [illegible] Lawrenceville, GA, Garcia, Lesvia J., 08/08/05
**05-DEA-456114**, $1,183.00 U.S. Currency, Lawrenceville, GA, Pineda-Mendoza, Hector AKA Bonilla, Rony AKA Maquel AKA Mendoza, Hector, 08/08/05
**05-DEA-456117**, $746.00 U.S. Currency, Lawrenceville, GA, Garcia, Lesvia J., 08/08/05
**SOUTHERN DISTRICT OF IOWA**
**05-DEA-455493**, $12,640.00 U.S. Currency, Iowa City, IA, Tate, Victor, 08/08/05
**05-DEA-455834**, $112,560.00 U.S. Currency, Pottawattamie County, IA, Thao, Benjamin and Lowry, Matthew, 08/08/05
**CENTRAL DISTRICT OF ILLINOIS**
**05-DEA-456105**, $2,460.00 U.S. Currency, Jacksonville, IL, McGee, Cardell E., 08/03/05
**NORTHERN DISTRICT OF ILLINOIS**
**04-DEA-438466**, $12,191.00 U.S. Currency, Chicago, IL, Ruanova, Giovanni, 06/18/04
**05-DEA-455761**, $24,140.00 U.S. Currency, Chicago, IL, Harrison, Todd, 07/29/05
**05-DEA-455776**, 2000 Jeep Grand Cherokee, 1J4GW58N8YC192217, Cicero, IL, Lopez, Jose G, 07/12/05
**05-DEA-455792**, $3,190.00 U.S. Currency, Melrose Park, IL, Urbina, Oracio, 08/08/05
**05-DEA-456012**, 1966 Ford Thunderbird, 6Y83Z157760, Chicago, IL, Webb, Steve, 08/08/05
**05-DEA-458141**, $2,250.00 U.S. Currency, Niles, IL, Arredondo Jr., Jesus, 08/08/05
**05-DEA-456177**, 1997 Infiniti Qx4 SUV, JNRAR05Y9VW013052, Melrose Park, IL, Arredondo Jr., Jesus, 08/08/05
**05-DEA-456224**, $49,940.00 U.S. Currency, Chicago, IL, Velazquez-Salgado, Carlos, 08/17/05
**SOUTHERN DISTRICT OF ILLINOIS**
**05-DEA-455457**, $9,975.00 U.S. Currency, East St. Louis, IL, Williams, Kevin L., 07/29/05
**05-DEA-455501**, Gold 2000 Cheverolet Tahoe SUV, 1GNEC13T6YJ147638, Fairview Heights, IL, Haten, Joann, 08/02/05
**05-DEA-455536**, $72,170.00 U.S. Currency,
[illegible]
**05-DEA-448085**, $2,734,096.00 U.S. Currency, Monroe, MI, Arana, Jose Ramon, 02/15/05
**05-DEA-455615**, 2002 Infiniti Q45, JNKBF01A92M006159, Utica, MI, Woodward, Freman Rayshawn AKA Woodward, Freman Raychann AKA Woodward, Fremon AKA Woodward, Freeman Raychon AKA Woodward, Freeman AKA Woodward, Freman Rachawn AKA Woodward, Freman Raychawnn AKA Freeman, Raychon AKA Free AKA Diaz, Samuel Jose, 08/02/05
**05-DEA-455713**, 1970 Chevrolet Monte Carlo, 138570F153783, Detroit, MI, Irving, Martinis Twone AKA 50, 07/13/05
**DISTRICT OF MINNESOTA**
**05-DEA-456209**, $2,000.00 U.S. Currency, Minnetonka, MN, Pitt, Curry, 08/05/05
**05-DEA-456256**, 1998 Chevrolet Suburban K1500 LS, 1GNFK16R6WJ313600, Minnetonka, MN, Pitt, Curry, 08/05/05
**EASTERN DISTRICT OF MISSOURI**
**05-DEA-455233**, $205,920.00 U.S. Currency, St. Charles, MO, Fimbers, Brian, 07/11/05
**05-DEA-455261**, $37,010.00 U.S. Currency, St. Charles, MO, Fimbers, Brian, 07/11/05
**05-DEA-455264**, $38,965.00 U.S. Currency, St. Charles, MO, Fimbers, Brian, 07/11/05
**05-DEA-455492**, $3,000.00 U.S. Currency, Park Hills, MO, Radford, John, 07/28/05
**05-DEA-455514**, 1998 Ford Expedition, 1FMRU18W6WLA42640, Rolla, MO, Valencia, Fernando, 07/25/05
**05-DEA-455714**, $2,216.00 U.S Currency, St. Louis, MO, Hicks, Gary Allen, 08/04/05
**WESTERN DISTRICT OF MISSOURI**
**05-DEA-455625**, 2002 Harley Davidson 883 Sportster, 1HD4CKM142K143403, Jefferson City, MO, Strouse, Nikki Fujiko and Rodebaugh, Rodney Keith, 07/29/05
**05-DEA-455627**, 2002 GMC Yukon, 1GKEK13ZX2J263999, Jefferson City, MO, Rodebaugh, Rodney Keith and Strouse, Nikki Fujiko, 07/29/05
**05-DEA-455630**, 1964 Ford Falcon, 4H17F198693, Jefferson City, MO, Rodebaugh, Rodney Keith and Strouse, Nikki Fujiko, 07/29/05
**NORTHERN DISTRICT OF MISSISSIPPI**
**05-DEA-456081**, 2000 John Deere Tractor Model 8310, Ser No RW8310P001504, Shelby, MS, Patton, Herakiah, 07/26/05
**05-DEA-456176**, $4,912.00 U.S. Currency, Queens, NY, Rodriguez, Fanny, 08/17/05
**NORTHERN DISTRICT OF NEW YORK**
**05-DEA-453487**, $214,855.00 U.S. Currency, Adams Center, NY, Johnson, William Bruce, 06/15/05
**05-DEA-453490**, 2000 Chrysler LHS Vehicle, 2C3HC56G3YH112525, Adams Center, NY, Johnson, William Bruce, 06/15/05
**05-DEA-453495**, 2004 Lincoln Navigator SUV, 5LMFU28R34LJ13578, Watertown, NY, Johnson, Terry, 06/15/05
**05-DEA-455951**, $2,820.00 U.S. Currency, Utica, NY, Ramsey, Mark, 08/09/05
**05-DEA-455955**, $2,308.00 U.S. Currency, Verona, NY, Bryan, Kevin, 08/09/05
**05-DEA-455958**, $3,342.58 U.S. Currency, Canastota, NY, Robinson, Jaimi, 08/09/05
**SOUTHERN DISTRICT OF NEW YORK**
**05-DEA-455731**, $70,447.00 U.S. Currency, Bronx, NY, Marrero, William, 08/04/05
**05-DEA-455742**, $43,750.00 U.S. Currency, Mt. Vernon, NY, Manzano, Carlos, 08/03/05
**05-DEA-455873**, $97,880.00 U.S. Currency, Bronx, NY, Amparo, Santo, 08/12/05
**05-DEA-455976**, $14.400.00 U.S. Currency, Bronx, NY, Martineau, Philippe, 08/10/05
**05-DEA-456026**, $322,610.00 U.S. Currency, Bronx, NY, Valentin, Rolando, 08/15/05
**05-DEA-456089**, $6,995.00 U.S. Currency, Bronx, NY, Chester, Jamie, 08/04/05
**WESTERN DISTRICT OF NEW YORK**
**05-DEA-454935** 1GNCT18W4YK Jackson, Michae
**05-DEA-454941** 1G6KF5790YU2 Martellus, 07/12
**05-DEA-454946** Class, WDBJF6 Parker, Randall,
**05-DEA-455542**, Amherst, NY, Ka
**05-DEA-455803**,
**05-DEA-456212**, Dallas, TX, Mcel
**SOUTHERN DIS**
**05-DEA-455486**, Houston, TX, Wu
**05-DEA-455567**, Friendswood, TX 07/12/05
**05-DEA-455591**, 3GNEC13T42G1 Madrigal, Erick, (
**05-DEA-455764**, 1FMRU15W13L Gonzalez, Felipe
**05-DEA-456770**, Edinburg, TX, Bu 08/06/05
**05-DEA-455799**, 2CNDL13F6561 Hernandez, Lath
**05-DEA-455833**, Laredo, TX, Gon 08/09/05
**05-DEA-455957**, 1B4HS28YXWF Zuniga, David R
**05-DEA-455968**, Marquis, 2MEFM TX, Vergara III, J
**05-DEA-455971**, 3GNEC16T11G2 Hernandez de R
**05-DEA-456029**, 1GKEK63U51J2 III, Jose Arturo a 07/27/05
**06-DEA-456080**, Houston, TX, Cr
**05-DEA-456130**, Houston, TX, Ro Altagracia, 08/09
**05-DEA-456131**, Marquis, 2MELM TX, Guerra, Ang
**05-DEA-456150**, Houston, TX, Sal Maria, 08/09/05
**05-DEA-456157**, Houston, TX, Ha
**05-DEA-456186**, 1GRAA9628LB0 [illegible] Richards, Freden
**05-DEA-455629**, Prattville, AL, Le
**05-DEA-455733**, Montgomery, AL,
**NORTHERN DIS**
**05-DEA-455062**, Birmingham, AL, 07/25/05
**05-DEA-455308**, 1G1BL52P0TR1 May, Roderick, 0
**05-DEA-455399**, Birminghan, AL, 07/25/05
**05-DEA-455774**, Vinemont, AL, Jo
**05-DEA-455844**, Birmingham, AL, 08/11/05
**05-DEA-455847**, Country Caravar Birmingham, AL, 08/11/05
**WESTERN DIST**
**05-DEA-455670** Springdale, AR, 08/03/05
**DISTRICT OF A**
**05-DEA-455475** Glendale, AZ, B 07/06/05

◊ PUBLIC NOTICES ◊

# LEGAL NOTICE
# ATTENTION

itle 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for ation, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. efferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with nay request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence will be deemed filed when actually received by the DEA appearing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

and, OR, Martinez,
ENNSYLVANIA
lac Deville Sedan,
adelphia, PA,
u S Currency,
onald, 08/25/05
NSYLVANIA
orth T-2000
59, Bloomsburg,
5
ENNSYLVANIA
U S. Currency,
id, 07/26/05
0 U S. Currency
al CityBank,
d, 07/27/05
O
a 3,
dilla, PR, Borrero-
ENNESSEE
J.S. Currency,
8/28/05
U S. Currency,
Lynn, 09/01/05
TEXAS
J S. Currency,
l, 08/19/05
U S. Currency,
nazon, Miguel
lac Deville,
ock, TX, Harris III,
J S. Currency,
rt Lee, 08/20/05
GSX 1300RK5
W71A652102034,
rt Lee, 08/20/05
n Craft Expedition
5, Lubbock, TX,
s III, Robert Lee,
ac Escalade,
ock, TX, Harris III,
y LUV Dragster
bbock, TX,
is III, Robert Lee,
TEXAS
n Altima,
olet Avalanche,
ncia, CA, Alcorn,
ndon, 08/16/05
U S. Currency,
nio Meza, 08/24/05
ALIFORNIA
J S. Currency,
icent Earl, 08/04/05
U.S. Currency,
el Angel and
U.S. Currency,
o, 08/16/05
CALIFORNIA
U.S. Currency,
Saul Ortega.
/eapons, VL:
r Action 30-30
) Remington 30-
, Ser No 3360269,
ry, 08/18/05
U.S. Currency,
ry, 08/18/05
/eapons, VL:
ol, Ser No
5 Caliber Pistol,
Caliber Revolver,
Alto, CA, Walker,
U.S. Currency, East
A., 08/23/05
CALIFORNIA
U.S. Currency,
a-Munoz, Alfredo,
U.S. Currency, San
Frank, 08/23/05
U.S. Currency, San
Alan and Fees,
U.S. Currency, San
Alan, 08/23/05
eapons, VL
istol, Ser No
mory .45 Caliber
) Century Arms C-
atic Assault Rifle,
une with
artley, Cameron and
ta Camry,
erborne, CO

Philip Robert, 08/11/05
**05-DEA-456365**, Custom Motorcycle, UKP60129S089Z1, Holly Hill FL, Crimi, Philip Robert, 08/11/05
**05-DEA-456366**, 1987 Harley Davidson FXST Custom Motorcycle, 1HD1BHL20HY022831, Holly Hill, FL, Crimi, Philip Robert, 08/11/05
**05-DEA-456469**, 2002 Suzuki GSX-R1000K2 Customized Motorcycle, JS1GT74A022104409, Daytona Beach, FL, Marrs Shannon Delaine, 08/11/05
**05-DEA-456490**, 2003 Homemade Custom Motorcycle, FLA57253, Ormond Beach, FL, Wilburn, Larry D., 08/11/05
**05-DEA-456501**, $8,915.00 U.S. Currency, Tampa, FL, Alvarez, Benny, 08/25/05
**05-DEA-456521**, 2003 Kawasaki ZRX1200R Motorcycle, JKAZR9A103A027295, Ormond Beach, FL, Wilburn, Larry D., 08/11/05
**SOUTHERN DISTRICT OF FLORIDA**
**05-DEA-455188**, $232,459.00 U S Currency, Tamarac, FL, Giraldo-Hernandez, Jose Huber, 07/19/05
**05-DEA-455200**, $31,500.00 U.S. Currency, Greenacres, FL, Giraldo-Hernandez, Jose Huber, 07/19/05
**05-DEA-455727**, $3,800.00 U.S. Currency, Kendall, FL, Vargas, Carlos Arturo, 08/11/05
**05-DEA-455728**, $5,000.00 U.S. Currency, Miami, FL, Vargas, Carlos Arturo, 08/11/05
**05-DEA-455859**, $23,480.00 U.S. Currency, Miami, FL, Heras, Nelson, 08/17/05
**05-DEA-456160**, $5,750.00 U.S. Currency, Miami, FL, Mancholo Cargo Corp., 08/19/05
**05-DEA-456349**, $3,710.75 U.S. Currency, Miami FL, Gomez-Anza, Rosalba, 08/13/05
**MIDDLE DISTRICT OF GEORGIA**
**05-DEA-453673**, 2003 Cadillac Escalade, 3GYEK63N53G235319, Macon, GA, Larson, Marcia Kay, 06/20/05
**05-DEA-456119**, $2,410.00 U.S. Currency, Valdosta, GA, Johnson, Kenneth Bernard AKA Bell, Michael Shane, 08/02/05
**05-DEA-456205**, $1,373.72 U.S. Currency, Valdosta, GA, Copeland Jr., Lawrence Lamar, 08/02/05
**NORTHERN DISTRICT OF GEORGIA**
**05-DEA-456164**, $10,580.00 U.S. Currency, Norcross, GA, Unidentified, 08/11/05
**05-DEA-456169**, $41,580.00 U.S. Currency, Atlanta, GA, McCullough, Frank Thomas, 08/12/05
**05-DEA-456206**, $26,000.00 U.S. Currency, Conley, GA, McCoy, Lionel Andre, 08/24/05
Justin Rex, 08/02/05
**05-DEA-456331**, $5,423.00 U.S. Currency, Severn, MD, Sanderson, Shannon S. and Lahdelma, Ashley S., 08/03/05
**05-DEA-456381**, $12,320.00 U.S. Currency, Hyattsville, MD, Le, Alex, 08/03/05
**05-DEA-456515**, $2,755.00 U.S. Currency, Cecil County, MD, Harris, Calvin Deshon 08/15/05
**05-DEA-456519**, $12,740.00 U.S. Currency, Harford County, MD, Nurse, Sherwin Adrian, 08/15/05
**EASTERN DISTRICT OF MICHIGAN**
**05-DEA-455881**, Assorted Jewelry, VL: $36,548.00, Utica, MI, Woodward, Freman Rayshawn AKA Woodward, Freman Raychann AKA Woodward, Fremon AKA Woodward, Freeman Raychon AKA Woodward, Freman Raychann AKA Woodward, Freeman AKA Woodward, Freman Raychawnn AKA Free AKA Freeman, Raychon AKA Woodward, Freman Rachawn AKA Diaz, Samuel Jose, 08/02/05
**05-DEA-456555**, Miscellaneous Jewelry, VL: $22,500.00, (1) Man's 14kt Rose Gold Square Link Neck Chain; (1) Man's Rolex President Oyster Perpetual Day Date Watch Model #118235, Ser No K134534; (1) Man's Retro 14kt Rose Gold Diamond Link Bracelet; (1) Man's Contemporary Rectangular Design Pave Diamond Ring stamped 14kt yellow gold; (1) Man's 28" Round Ball Link Neck Chain stamped 19kt rose gold with diamond pendant, Canton, MI, Dalney, Lavert AKA Lavert, Dalney, 07/18/05
**05-DEA-456561**, Miscellaneous Jewelry, VL: $31,126.00, (1) Man's Gold Filled Gucci Style Watch; (1) Lady's round Case Wittenauer Watch with Stainless Steel Case; (1) Lady's Movado Museum Watch with Stainless Steel Case Bezel and Bracelet,. (1) Man's Rolex Submariner Watch, Model #16613, Ser No F060073; (1) Pair Lady's Double Row CZ Dangle Earrings Stam ped Sterling Silver; (1) Pair Lady's Diamond Earrings of 14kt Yellow gold; (1) Lady's Alternating Raised Gold, Diamond, Coin Bracelet stamped 14kt Yellow Gold ; (1) Lady's Mabe Pearl and Single Row Diamond Ring stamped 14kt Yellow Gold; (1)Pair Lady's Sterling Silver and CZ Dangle Earrings, (1) Lady's Straight Line Diamond "V" Design Necklace stamped 14kt Yellow Gold; (1) Lady's Alternating Triple/Double Rectangular Sterling Silver and 18kt yellow gold bracelet, (1) Lady's Two-Tone Bangle Bracelet w/Pierced

Pink Stone Ring; (1) Lady's Light Weight Neck Chain stamped 14kt white gold and one Channel set Diamond Dr. (1) Lady's Four Prong Sapphire Cross; (1) Lady's CZ and Sterling Silver Ring, (1) Five Row Glass Cuff Bracelet; (1) Lady's Major Colored Stone and Side Stone CZ Ring stamped Sterling Silver, (1) Lady's Major Colored Stone and Sterling Silver Ring, (1) Man's Square Top Diamond Cluster Ring stamped 14kt Yellow Gold; (1) Lady's Major Colored Stone and Side Stone CZ Contemporary Ring, (1) Lady's Snow Flake Design CZ Ring stamped Sterling Silver; (1) Lady's Turquoise and Sterling Silver Ring; (1) Man's Contemporary Side Stone and Major CZ Gold F. (1) Man's Triple Row Diamond Cluster Ring stamped 14kt Yellow Gold. (1) Lady's CZ Cross-Over Style Ring stamped Sterling Silver; (1) Man's Major Coin Ring stamped 14kt Yellow Gold with Side Stone Diamond Bezel; (1) Man's Rolex Oyster Perpetual Datejust Thunderbird Watch, Model #16263, Ser No 262506, Canton, MI, Guyton, Charles Edward and Guyton, Patricia Kay AKA Auntie, 07/18/05
**05-DEA-456581**, Man's Technocrat Diamond Watch, VL: $1,000.00, Troy, MI, Wilson, Robin AKA Slick AKA Skinny AKA Slim AKA Little Rob, 07/18/05
**05-DEA-456582**, Miscellaneous Jewelry, VL $1,350.00, (1) Lady's Tank Style Concord "Sportive" Watch with Stamped 14kt White Gold, (1) Lady's 16" Long Square Snake Chain Stamped 14kt White Gold with Heart Shaped Diamond, Southfield, MI, Ferrell, Serina Monique-Yvonne AKA Rene AKA Cleatus AKA Old Girl, 07/18/05
**05-DEA-456584**, Miscellaneous Jewelry, VL: $9,850.00, (1) Man's CSX Michele Chronograph Diamond Watch with Stainless Steel Case: (1) Pair Diamond Earrings of 14kt White Gold; (1) Lady's Fancy Link Neck Chain Stamped 14kt White Gold, Farmington Hills, MI, Walker, Saeeda Quinese AKA Sis AKA C AKA CC AKA Old Girl, 07/18/05
**WESTERN DISTRICT OF MISSOURI**
**05-DEA-455570**, 1994 Chevrolet Suburban, 1GNFK16K2RJ369301, Jefferson City, MO, M & M Transmission, 07/29/05
**05-DEA-455633**, $28,148.00 U.S. Currency, Jefferson City, MO, Rodebaugh, Rodney Keith, 07/29/05
**05-DEA-455636**, $3,700.00 in U.S. Savings Bonds, (1) US Savings Bonds, Ser No MO06098569I; (9) US Savings Bond Series I, 05-DEA-456435, $2,700.00 U.S. Currency, Rochester, NY, Rodrigues-Boehm, Jaime, 08/26/05
**NORTHERN DISTRICT OF OHIO**
**05-DEA-455978**, 1998 Ford Expedition, 1FMPU18L6WLB02428, Canton, OH, Dorsey, Victwan Demell AKA Dorsey, Victwan D. AKA Dorsey, Victwan AKA Dorsey, Victwan Delell AKA Dorsey, Vic, 08/10/05
**05-DEA-456065**, $1,299.00 U.S. Currency, Cleveland, OH, Frost, Michael L., 08/12/05
**05-DEA-456113**, $13,000.00 U.S. Currency, Lima, OH, White, Antjuan AKA White, Antjuan S., 08/19/05
**05-DEA-455589**, Miscellaneous Jewelry, VL: $60,275.00, Cleveland, OH, Lewis, Quasand Daniell AKA Gurley, Dale AKA Junior AKA JR AKA Quan AKA Bro AKA Old Boy AKA Q AKA Dog AKA Quemado AKA Lloron, 07/15/05
**SOUTHERN DISTRICT OF OHIO**
**05-DEA-456358**, $8,001.00 U.S. Currency, Columbus, OH, Littlefield-Moxley, Beth M., 08/19/05
**DISTRICT OF OREGON**
**05-DEA-455644**, U.S. Bank, Account #1-823-7153-5184, VL: $6,022.03, Portland, OR, Massingill, David, 08/05/05
**05-DEA-456210**, U.S. Bank, Account #1-536-6414-4940, VL: $3,611.47, Portland, OR, Cashanddash.com, 08/05/05
**EASTERN DISTRICT OF PENNSYLVANIA**
**05-DEA-456138**, $7,143.00 U.S. Currency, Philadelphia, PA, Sanchez, Isaisa, 08/11/05
**05-DEA-456154**, $4,402.00 U.S. Currency, Philadelphia, PA, Guglielmo, Ralph, 08/23/05
**DISTRICT OF RHODE ISLAND**
**05-DEA-455485**, $25,262.00 U.S. Currency, Providence, RI, Coradin, Manuel, 08/08/05
**05-DEA-455813**, 2000 Pontiac BSL, 1G2HY54K4Y4183366, Pawtucket, RI, Richards, Jansel, 08/16/05
**05-DEA-455814**, 2001 Lexus GS3, JT8BD69S510148097, Pawtucket, RI, Marrow, Dennis, 08/16/05
**05-DEA-456008**, $3,178.00 U.S. Currency, Pawtucket, RI, Marrow, Shaun, 08/11/05
**05-DEA-456011**, $2,600.00 U.S. Currency, Pawtucket, RI, Richards, Jansel, 08/16/05
**DISTRICT OF SOUTH CAROLINA**
**05-DEA-456148**, $34,780.00 U.S. Currency, Greenville, SC, Gomez, Leobardo Duarte and Duarte, David, 08/24/05
**WESTERN DISTRICT OF TENNESSEE**
**05-DEA-456175**, $8,985.00 U.S. Currency,

Houston, TX Bains, Tremond Marquisse, 08/17/05
**05-DEA-456194**, Ruger Model 77 LR Mark II Rifle, VL: $285.00, Houston, TX, Lopez, Cesar, 08/18/05
**05-DEA-456228**, SKS-Russia AK-47 Rifle, Ser No 9943167, VL: $70.00, Houston, TX, Lopez, Cesar, 08/18/05
**WESTERN DISTRICT OF TEXAS**
**05-DEA-456018**, $11,492.00 U.S. Currency, Odessa, TX, Colon, Juan Lorenzo, 08/11/05
**DISTRICT OF UTAH**
**05-DEA-456326**, Marijuana Grow Equipment, VL $600.00, Murray, UT, McDonald, Scott and Gillman, Brenna, 08/16/05
**05-DEA-456353**, Marijuana Grow Equipment, VL $300.00, Murray, UT, McDonald, Dianne, 08/16/05
**05-DEA-456534**, $40,089.00 U.S. Currency, Provo, UT, Garcia, Paul, 08/19/05
**05-DEA-456552**, 2002 Oldsmobile Bravada, 1GHDT13SX22146189, Provo, UT, Garcia, Paul, 08/19/05
**EASTERN DISTRICT OF VIRGINIA**
**05-DEA-456058**, $3,340.00 U.S. Currency, Arlington, VA, Taylor, Ricky James, 08/11/05
**05-DEA-456287**, 2005 Nissan Titan SE King Cab Truck, 1N6AA06A85N500206, Tappahannock, VA, Dinh, Luu Van, 08/25/05
**05-DEA-456300**, 2004 Toyota Tundra Pickup Double Cab Pickup Truck, 5TBDT44154S438634, Tappahannock, VA, Dinh Luu Van, 08/25/05
**WESTERN DISTRICT OF VIRGINIA**
**05-DEA-456596**, $6,639.00 U.S. Currency, Roanoke, VA, Savoy, Calvin, 08/12/05
**EASTERN DISTRICT OF WISCONSIN**
**05-DEA-456180**, $2,000.00 U.S. Currency, Milwaukee, WI, Malone, Lavar, 08/15/05
**WESTERN DISTRICT OF WISCONSIN**
**05-DEA-456185**, $5,980.00 U.S. Currency, Sumner, WI, Rockett, Irvin, 08/25/05

THIRD NOTICE
LAST DATE TO FILE
NOVEMBER 09, 2005
PLACE SEIZED, SEIZED FROM,
DATE SEIZED

**DISTRICT OF ALASKA**
**05-DEA-455842**, $4,504.00 U.S. Currency, Fairbanks, AK, Simpson, Evan, 08/09/05
**05-DEA-455935**, 2001 Cadillac Deville, 1G6KD54Y41U149440, Anchorage, AK, Mahinder Singh, 07/27/05
**05-DEA-456238**, $14,980.00 U.S. Currency, Culver City, CA, Pae, Eric Donkul, 08/12/05
**NORTHERN DISTRICT OF CALIFORNIA**
**05-DEA-456137**, 1999 Lincoln Navigator, 5LMPU28A0XLJ29675, Antioch, CA, Menifee, Duanieal Paul, 08/10/05
**05-DEA-456249**, 1955 Ford Thunderbird, P5FH235863, East Palo Alto, CA, Gardner, Nathaniel Willie AKA Gardner, Nathan Willie, 08/09/05
**05-DEA-456253**, $8,500.00 U.S. Currency, East Palo Alto, CA, Gardner, Nathaniel Willie AKA Gardner, Nathan Willie, 08/09/05
**05-DEA-456286**, 1994 Acura Integra LS, JH4DB7556RS002537, Redwood City, CA, Colunga-Guzman, Oscar, 08/15/05
**05-DEA-456317**, 1999 Chevy Silverado, 2GCEC19V2X1222426, Redwood City, CA, Reyes, Armando C., 08/15/05
**05-DEA-456348**, $1,460.00 U.S. Currency, San Jose, CA, Mai, Dennis, 07/27/05
**05-DEA-456356**, $1,680.00 U.S. Currency, San Jose, CA, Banh, Ye Tuan, 07/27/05
**SOUTHERN DISTRICT OF CALIFORNIA**
**05-DEA-455589**, $5,005.00 U.S. Currency, San Diego, CA, Mora-Ramirez, Asencion, 08/09/05
**05-DEA-455737**, $1,900.00 U.S. Currency, Carlsbad, CA, Barton, Daniel, 08/15/05
**05-DEA-455919**, $27,500.00 U.S. Currency, Chula Vista, CA, Colon, Daniel Fernandez, 08/17/05
**05-DEA-455920**, $470.00 U.S. Currency, Chula Vista, CA, Colon, Daniel Fernandez, 08/17/05
**05-DEA-455926**, $4,022.00 U.S. Currency, San Diego, CA, Rivera, Maria De Jesus, 08/17/05
**05-DEA-455927**, $2,797.00 U.S. Currency, San Diego, CA, Ramirez-Peredo, Pablo, 08/17/05
**05-DEA-455933**, $3,300.00 U.S. Currency, San Diego, CA, Vergara, Francisco, 08/18/05
**05-DEA-455934**, $10,000.00 U.S. Currency, San Diego, CA, Cammarenas, Lorena, 08/18/05
**05-DEA-456122**, KVA 35KW/45 Generator with Trailer, Ser No 7202771, San Diego, CA, Mahon, Ian Michael, 08/15/05
**DISTRICT OF COLORADO**
**05-DEA-455860**, 1995 Jeep Grand Cherokee, 1J4GZ78Y8SC594825, Denver, CO, Sarmiento-Gonzalez, Samuel David, 08/10/05
**05-DEA-455994**, $5,960.00 U.S. Currency, Denver, CO, Bartley, Cameron and Pywell, Monica, 08/18/05
**DISTRICT OF CONNECTICUT**
**05-DEA-456232**, $2,500.00 U.S. Currency,

Coupe, 1G6ET1290SU611353, Ormond Beach, FL, Wilburn, Larry D., 08/11/05
**05-DEA-456103**, 1987 Jeep CJ7, 2BCCV81J3HB528759, Ormond Beach, FL, Wilburn, Larry D., 08/11/05
**SOUTHERN DISTRICT OF FLORIDA**
**05-DEA-455953**, 1997 26' Vessel with Trailer, (1) 1997 Carrera 26'Carrera White Vessel,Tag# FL8633JF, Ser No XCS27010G697; (1) 2004 Web-On 30' Aluminum Trailer,Tag# R388GI, R/O Ser No 121BA28205M012456, Ft. Lauderdale, FL, Sanchez-Reyes, Ariel, 08/17/05
**MIDDLE DISTRICT OF GEORGIA**
**05-DEA-456077**, $13,000.00 U.S. Currency, Valdosta, GA, McLeod, Michael, 08/02/05
**NORTHERN DISTRICT OF GEORGIA**
**05-DEA-455872**, 2005 Cadillac Escalade, 1GYEC63T35R163700, Lawrenceville, GA, Garcia, Lesvia J., 08/08/05
**05-DEA-455963**, $44,260.00 U.S. Currency in Safe Deposit Box #635, Bank of America, Newnan, GA, Murphy, Adrian, 08/11/05
**05-DEA-456067**, $1,485.00 U.S. Currency, Atlanta, GA, Murphy, Adrian, 08/10/05
**05-DEA-456087**, $2,027.00 U.S. Currency, Atlanta, GA, McCullough, Frank Thomas, 08/12/05
**05-DEA-456107**, $4,000.00 U.S. Currency, Lawrenceville, GA, Garcia, Lesvia J., 08/08/05
**05-DEA-456114**, $1,183.00 U.S. Currency, Lawrenceville, GA, Pineda-Mendoza, Hector AKA Bonilla, Rony AKA Maquel AKA Mendoza, Hector, 08/08/05
**05-DEA-456117**, $746.00 U.S. Currency, Lawrenceville, GA, Garcia, Lesvia J., 08/08/05
**SOUTHERN DISTRICT OF IOWA**
**05-DEA-455493**, $12,640.00 U.S. Currency, Iowa City, IA, Tate, Victor, 08/08/05
**05-DEA-455834**, $112,560.00 U.S. Currency, Pottawattamie County, IA, Thao, Benjamin and Lowry, Matthew, 08/08/05
**CENTRAL DISTRICT OF ILLINOIS**
**05-DEA-456105**, $2,460.00 U.S. Currency, Jacksonville, IL, McGee, Cardell E., 08/03/05
**NORTHERN DISTRICT OF ILLINOIS**
**04-DEA-438466**, $12,191.00 U.S. Currency, Chicago, IL, Ruanova, Giovanni, 06/18/04
**05-DEA-455761**, $24,140.00 U.S. Currency, Chicago, IL, Harrison, Todd, 07/29/05
**05-DEA-455776**, 2000 Jeep Grand Cherokee, 1J4GW58N8YC192217, Cicero, IL, Lopez, Jose G., 07/12/05
**05-DEA-455792**, $3,190.00 U.S. Currency, Melrose Park, IL, Urbina, Oracio, 08/08/05
**05-DEA-456250**, 1998 Chevrolet Suburban K1500 LS, 1GNFK16R6WJ313600, Minnetonka, MN, Pitt, Curry, 08/05/05
**EASTERN DISTRICT OF MISSOURI**
**05-DEA-455233**, $205,920.00 U.S. Currency, St. Charles, MO, Fimbers, Brian, 07/11/05
**05-DEA-455261**, $37,010.00 U.S. Currency, St. Charles, MO, Fimbers, Brian, 07/11/05
**05-DEA-455264**, $38,965.00 U.S. Currency, St. Charles, MO, Fimbers, Brian, 07/11/05
**05-DEA-455492**, $3,000.00 U.S. Currency, Park Hills, MO, Radford, John, 07/28/05
**05-DEA-455514**, 1998 Ford Expedition, 1FMRU18W6WLA42640, Rolla, MO, Valencia, Fernando, 07/25/05
**05-DEA-455714**, $2,216.00 U.S. Currency, St. Louis, MO, Hicks, Gary Allen, 08/04/05
**WESTERN DISTRICT OF MISSOURI**
**05-DEA-455625**, 2002 Harley Davidson 883 Sportster, 1HD4CKM142K143403, Jefferson City, MO, Strouse, Nikki Fujiko and Rodebaugh, Rodney Keith, 07/29/05
**05-DEA-455627**, 2002 GMC Yukon, 1GKEK13ZX2J263999, Jefferson City, MO, Rodebaugh, Rodney Keith and Strouse, Nikki Fujiko, 07/29/05
**05-DEA-455630**, 1964 Ford Falcon, 4H17F198693, Jefferson City, MO, Rodebaugh, Rodney Keith and Strouse, Nikki Fujiko, 07/29/05
**NORTHERN DISTRICT OF MISSISSIPPI**
**05-DEA-456081**, 2000 John Deere Tractor Model 8310, Ser No RW8310P001504, Shelby, MS, Patton, Hezekiah, 07/26/05
**05-DEA-456090**, 2000 John Deere Trail Buck 650 EX 4x4 4-Wheeler, MOGKBC5011054, Shelby, MS, Patton, Hezekiah, 07/26/05
**SOUTHERN DISTRICT OF MISSISSIPPI**
**05-DEA-456023**, $30,000.00 U.S. Currency, Gulfport, MS, Perez, Rudy, 08/16/05
**05-DEA-456028**, $17,715.00 U.S. Currency, Pass Christian, MS, Ruiz III, Carlos, 08/17/05
**05-DEA-456068**, $9,000.00 U.S. Currency, Biloxi, MS, Morehead, Travis Antonia, 08/11/05
**05-DEA-456071**, $19,010.00 U.S. Currency, Pass Christian, MS, Howard, Loviko Tavaris, 08/18/05
**05-DEA-456106**, $5,780.00 U.S. Currency, Long Beach, MS, Jordan, Damian, 08/05/05
**EASTERN DISTRICT OF NORTH CAROLINA**
**05-DEA-455922**, 2003 Toyota Tacoma, 5TESN92N13Z258572, Raleigh, NC, Cadiz, Ivan Forlan, 08/09/05
**MIDDLE DISTRICT OF NORTH CAROLINA**
**05-DEA-455961**, $66,040.00 U.S. Currency

**05-DEA-455624**, $724,487.00 U.S. Currency, Las Vegas, NV, Miranda Jr., Juan, 08/30/05
**05-DEA-455631**, 1998 Ford Windstar Van, 2FMZA5143WBD68470, Las Vegas, NV, Miranda Jr., Juan, 08/30/05
**05-DEA-455886**, $8,800.00 U.S. Currency, Sparks, NV, Young, Joseph, 08/14/05
**05-DEA-455891**, $2,400.00 U.S. Currency, Sparks, NV, Rawlings, Thomas, 08/14/05
**05-DEA-456135**, 1999 Cadillac El Dorado, 1G6ET1295XU615521, Reno, NV, Carter, Lawrence, 08/21/05
**EASTERN DISTRICT OF NEW YORK**
**05-DEA-455937**, $8,336.00 U.S. Currency, Ronkonkoma, NY, Rivers, Dannielle AKA White, Sharon AKA Johnson, Latowa, 08/15/05
**05-DEA-456056**, $17,488.00 U.S. Currency, Bay Shore, NY, Matos, Carlos, 08/11/05
**05-DEA-456061**, $9,914.00 U.S. Currency, Brentwood, NY, Ransome, Andre J., 08/10/05
**05-DEA-456064**, $4,920.00 U.S. Currency, Brentwood, NY, Verdecia, Roberto, 08/10/05
**05-DEA-456094**, $13,354.00 U.S. Currency, Queens, NY, Rodriguez, Fanny, 08/17/05
**05-DEA-456176**, $4,912.00 U.S. Currency, Queens, NY, Rodriguez, Fanny, 08/17/05
**NORTHERN DISTRICT OF NEW YORK**
**05-DEA-453487**, $214,855.00 U.S. Currency, Adams Center, NY, Johnson, William Bruce, 06/15/05
**05-DEA-453490**, 2000 Chrysler LHS Vehicle, 2C3HC56G3YH112525, Adams Center, NY, Johnson, William Bruce, 06/15/05
**05-DEA-453495**, 2004 Lincoln Navigator SUV, 5LMFU28R34LJ13578, Watertown, NY, Johnson, Terry, 06/15/05
**05-DEA-455951**, $2,820.00 U.S. Currency, Utica, NY, Ramsey, Mark, 08/09/05
**05-DEA-455955**, $2,308.00 U.S. Currency, Verona, NY, Bryan, Kevin, 08/09/05
**05-DEA-455958**, $3,342.58 U.S. Currency, Canastota, NY, Robinson, Jaimi, 08/09/05
**SOUTHERN DISTRICT OF NEW YORK**
**05-DEA-455731**, $70,447.00 U.S. Currency, Bronx, NY, Marrero, William, 08/04/05
**05-DEA-455742**, $43,750.00 U.S. Currency, Mt. Vernon, NY, Manzano, Carlos, 08/03/05
**05-DEA-455873**, $97,880.00 U.S. Currency, Bronx, NY, Amparo, Santo, 08/12/05
**05-DEA-455976**, $14,400.00 U.S. Currency, Bronx, NY, Martineau, Philippe, 08/10/05
**05-DEA-456026**, $322,610.00 U.S. Currency, Bronx, NY, Valentin, Rolando, 08/15/05
**05-DEA-456089**, $6,995.00 U.S. Currency,
**05-DEA-455968**, 2002 Mercury Grand Marquis, 2MEFM75W92X601754, Laredo, TX, Vergara III, Jose Arturo, 07/27/05
**05-DEA-455971**, 2001 Chevrolet Suburban, 3GNEC16T11G207103, Freer, TX, Hernandez de Rentena, San Juana, 07/31/05
**05-DEA-456029**, 2001 GMC Yukon Denali, 1GKEK63U51J234507, Laredo, TX, Vergara III, Jose Arturo and Carrizales-Torres, Erika, 07/27/05
**05-DEA-456080**, $25,050.00 U.S. Currency, Houston, TX, Cruz, Jose, 08/09/05
**05-DEA-456130**, $18,000.00 U.S. Currency, Houston, TX, Rosario, Denorah AKA Cabrera, Altagracia, 08/09/05
**05-DEA-456131**, 1995 Mercury Grand Marquis, 2MELM74W5SX643018, Falfurrias, TX, Guerra, Angel Carlos, 08/21/05
**05-DEA-456150**, $16,162.00 U.S. Currency, Houston, TX, Salazar, Minerva AKA Parez, Maria, 08/09/05
**05-DEA-456157**, $10,400.00 U.S. Currency, Houston, TX, Haynes, Hurley Paul, 08/17/05
**05-DEA-456166**, 1990 Great Dane Trailer, 1GRAA9628LB051033, Hidalgo, TX, Cruz Martinez, Juan Jose, 08/11/05
**05-DEA-456169**, 1997 Peterbilt Tractor, 1XP5DB8X0VN427081, Hidalgo, TX, Cruz-Martinez, Juan Jose, 08/11/05
**WESTERN DISTRICT OF TEXAS**
**05-DEA-455753**, 2005 Utility Trailer, XXXXXXXXXXXXXXXXX, (no vin number available) Sierra Blanca, TX, Varela, Andres, 08/07/05
**05-DEA-455998**, 2004 American Iron Horse Custom Slammer Motorcycle, 5L5SZ044841000117, El Paso, TX, Welchko, Chris, 08/17/05
**05-DEA-456182**, $2,453.00 U.S. Currency, Temple, TX, Albright, Tommy, 08/10/05
**DISTRICT OF UTAH**
**05-DEA-456078**, $54,000.00 U.S. Currency, Salina, UT, Obie, John, 08/24/05
**EASTERN DISTRICT OF VIRGINIA**
**05-DEA-455999**, $14,775.00 U.S. Currency, Arlington, VA, Pulliam, Annie, 08/17/05
**DISTRICT OF VERMONT**
**05-DEA-455902**, $5,780.00 U.S. Currency, Rutland, VT, Morrison, Graytz B., 08/17/05
**05-DEA-456193**, $5,525.00 U.S. Currency, Montpelier, VT, Adams, Reuben, 08/23/05
**05-DEA-456195**, $3,742.00 U.S. Currency, Shelburne, VT, Maynard, Douglas, 08/22/05
**EASTERN DISTRICT OF WISCONSIN**
**05-DEA-455868**, $6,045.00 U.S. Currency





**U. S. Department of Justice**
Drug Enforcement Administration

**Asset ID:** 05-DEA-456249 **Case #:** R3-05-0037
**Asset Description:** 1955 Ford Thunderbird
**Vehicle ID#:** P5FH235863
**Seizure Date:** 08/09/05 **Seizure Value:** $20250.00
**Seizure Place:** East Palo Alto, CA
**Owner Name:** Nathaniel Willie Gardner
**Seized From:** Nathaniel Willie Gardner AKA Nathan Willie Gardner
**Judicial District:** Northern District of California

**DECLARATION OF FORFEITURE**

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

David Zekoski
Senior Attorney
Asset Forfeiture Section

Date MAR 0 3 2006

EXHIBIT
4

**Asset ID:** 05-DEA-456249 **Case #:** R3-05-0037
**Asset Description:** 1955 Ford Thunderbird
**Vehicle ID#:** P5FH235863
**Seizure Date:** 08/09/05 **Seizure Value:** $20250.00
**Seizure Place:** East Palo Alto, CA
**Owner Name:** Nathaniel Willie Gardner
**Seized From:** Nathaniel Willie Gardner AKA Nathan Willie Gardner
**Judicial District:** Northern District of California

cc: DO: San Francisco
RO:
USMS: San Francisco

**DEA.294 (JAN. 01)**

By: LR/ Ad Code #: 837

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

WALTER C. COOK

1500-20TH STREET
SAN FRANCISCO, CALIFORNIA 94107

TELEPHONE (415) 920-0423
FAX (415) 920-0427

September 15, 2006

Agent Bruce Balzano, DEA
UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
SAN FRANCISCO FIELD DIVISION
PO Box 36035
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Nathan Gardner; Return of Property

Dear Agent Balzano:

I am Joseph D. O'Sullivan attorney for Nathan Gardner, this letter is in regards to a search and seizure which took place on August 9, 2005. The DEA was part of the task force which executed the warrant, the information I have indicates you were present and participated in the search and seizure, in a leadership capacity.

The search and seizure I am referring to took place at 1396 Camellia Drive in the city of East Palo Alto, California. During the operation my client had $8,340.00 and a 1955 Ford T-Bird automobile seized. We are now seeking return of his property.

It has been over a year since Mr. Gardner's property was seized, no charges have been filed against Mr. Gardner in relation to the execution of the warrant or the seizure of his property. Mr. Gardner has not been served with notice of any forfeiture proceedings, therefore, we demand the immediate return of the money and the car, or, that we be provided the legal basis for holding Mr. Gardner's property.

Would you please contact me so we can make arrangements for the return of Mr. Gardner's property.

Very truly yours,

/S/

Joseph D. O' Sullivan

JDO:mnd

cc: Javier F. Pena, Special Agent Incharge

EXHIBIT
5



**U. S. Department of Justice**
Drug Enforcement Administration

*www.dea.gov*

OCT 19 2006

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Joseph D. O'Sullivan
Attorney at Law
1500 20th Street
San Francisco, CA 94107

| RE: | DEA Case No. | R3-05-0037 |
|---|---|---|
| | Asset ID No. | 05-DEA-456249 |
| | Property: | 1955 Ford Thunderbird |
| | Asset ID No. | 05-DEA-456253 |
| | Property: | $8,500.00 U.S. Currency |
| | Client: | Nathaniel Willie Gardner |

Dear Mr. O'Sullivan:

This letter responds to your correspondence dated September 15, 2006, regarding the above-referenced seizures. The Drug Enforcement Administration (DEA) attempted notice of seizure at your client's address and the notice letter was returned to the DEA (see attached). The last date for your client to file a claim for the return of the seized property was **November 9, 2005**. Therefore, your client's correspondence is untimely filed as a claim and is hereby returned to you. A Petition for Remission or Mitigation of Forfeiture may be filed until such time as the property has been forfeited and disposed of in accordance with law. Please be advised that Asset ID 06-DEA-456249 was forfeited to the United States Government on March 3, 2006, and disposed of on May 13, 2006. Also note that Asset ID 06-DEA-456253 was forfeited to the United States Government on December 1, 2005, and disposed of on December 7, 2005.

This matter is now closed in this office. No further correspondence will be considered regarding the above-referenced seizure.

Sincerely,

Merri Hankins
Senior Attorney
Asset Forfeiture Section

Enclosure

EXHIBIT
6




**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Nathaniel Willie Gardner aka Nathan Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

| | |
|---|---|
| **Asset Id:** | 05-DEA-456249 |
| **Case Number:** | R3-05-0037 |
| **Property:** | 1955 Ford Thunderbird |
| **Vehicle ID No:** | P5FH235863 |
| **Asset Value:** | $20,250.00 |
| **Seizure Date:** | 08/09/05 |
| **Seizure Place:** | East Palo Alto, CA |
| **Owner Name:** | Gardner, Nathaniel Willie |
| **Seized From:** | Gardner, Nathaniel Willie Gardner AKA Nathan Willie |
| **Judicial District:** | Northern District of California |

**NOTICE MAILING DATE:** September 13, 2005

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **October 18, 2005**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to** include the Asset ID may cause a delay in processing your submission(s).

Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

CERTIFIED MAIL

7005 0390 0001 6983 0320

X-RAYED
OCT 14 2005
DEA/QUANTICO

RECEIVED
ASSET FORFEITURE SECTION
2005 OCT 17 AM 11:48

#5

#6

Nathaniel Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

Notice:
1st
2nd 9-28-05
Return 10-02-05

94303+2631-96

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Asset ID: 05-DEA-456249
Nathaniel Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

R3

05-456249-0020

2. 7005 0390 0001 6983 0320

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

837

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

See Reverse for Instructions

7005 0390 0001 6983 0320



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Nathaniel Willie Gardner aka Nathan Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

| | |
|---|---|
| **Asset Id:** | 05-DEA-456253 |
| **Case Number:** | R3-05-0037 |
| **Property:** | $8,500.00 U.S. Currency |
| **Asset Value:** | $8,500.00 |
| **Seizure Date:** | 08/09/05 |
| **Seizure Place:** | East Palo Alto, CA |
| **Owner Name:** | Gardner, Nathaniel Willie |
| **Seized From:** | Gardner, Nathaniel Willie Gardner AKA Nathan Willie |
| **Judicial District:** | Northern District of California |

**NOTICE MAILING DATE:** September 13, 2005

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by October 18, 2005. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

CERTIFIED MAIL

7005 0390 0001 6983 0337

X-RAYED
OCT 14 2005
DEA/QUANTICO

RECEIVED
ASSET FORFEITURE SECTION
2005 OCT 17 AM 11:48

Nathaniel Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

#52

9-28
10-02-05

94303+2631

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Asset ID: 05-DEA-456253
Nathaniel Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

R3

05-456253-002

2. Article Number
7005 0390 0001 6983 0337

PS Form 3811, Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

837

7005 0390 0001 6983 0337

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

WALTER C. COOK

1500-20TH STREET
SAN FRANCISCO, CALIFORNIA 94107

TELEPHONE (415) 920-0423
FAX (415) 920-0427

September 15, 2006

Agent Bruce Balzano, DEA
UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
SAN FRANCISCO FIELD DIVISION
PO Box 36035
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Nathan Gardner; Return of Property

Dear Agent Balzano:

I am Joseph D. O'Sullivan attorney for Nathan Gardner, this letter is in regards to a search and seizure which took place on August 9, 2005. The DEA was part of the task force which executed the warrant, the information I have indicates you were present and participated in the search and seizure, in a leadership capacity.

The search and seizure I am referring to took place at 1396 Camellia Drive in the city of East Palo Alto, California. During the operation my client had $8,340.00 and a 1955 Ford T-Bird automobile seized. We are now seeking return of his property.

It has been over a year since Mr. Gardner's property was seized, no charges have been filed against Mr. Gardner in relation to the execution of the warrant or the seizure of his property. Mr. Gardner has not been served with notice of any forfeiture proceedings, therefore, we demand the immediate return of the money and the car, or, that we be provided the legal basis for holding Mr. Gardner's property.

Would you please contact me so we can make arrangements for the return of Mr. Gardner's property.

Very truly yours,

/S/

Joseph D. O' Sullivan

JDO:mnd

cc: Javier F. Pena, Special Agent Incharge

7004 2510 0001 0972 0855

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, June 2002 See Reverse for Instructions

EXHIBIT

7

KJohnson

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

(R3)05-DEA-456249
05-DEA-456253

Joseph D. O'Sullivan
Attorney at Law
1500 20th Street
San Francisco, CA 94107

2006 NOV

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

B44-B16

2. Article Number
*(Transfer from service label)*
7004 2510 0001 0972 0855

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

WALTER C. COOK

1500-20TH STREET
SAN FRANCISCO, CALIFORNIA 94107

TELEPHONE (415) 920-0423
FAX (415) 920-0427

November 16, 2007

The Forfeiture Counsel
Asset Forfeiture Section
**DEA/HEADQUARTERS**
Forfeiture Response
P.O. Box 1475
Quantico, VA 22134-1475

Fax and Mail (202) 307-4490

RE: DEA Case No. R3-05-0037

| | |
|---|---|
| Asset ID No. | 05-DEA-456249 |
| Property: | 1955 Ford Thunderbird |
| Asset ID No. | 05-DEA-456253 |
| Property: | $8,500.00 U.S. Currency |
| Our Client: | Nathaniel Willie Gardner |

Dear Madam/Sir:

This will confirm that this office represents Mr. Nathaniel Gardner, and that we are currently assisting him in obtaining the return of his property which is cited above.

We understand that the DEA sent out a notice of forfeiture to him, that it was returned by the DEA as undeliverable, and that thereafter the property was disposed of. We question whether the DEA took all necessary steps required by law before it converted the property.

Therefore, please consider this a formal request for a copy of the following documents:

1. Any and all notices that were sent to Mr. Gardner regarding the above property;
2. Any and all notifications from the United States Postal Service that any notices sent by the DEA were not delivered to Mr. Gardner but were returned to the DEA;
3. Any and all attempts to serve Mr. Gardner with notice through publication or the like;
4. Any proof of actual service of a notice of forfeiture upon Mr. Gardner; and
5. Proof that Mr. Gardner's property was sold at a public auction after giving due notice of its availability for bid by the public.
6. Any and all documents relating to the above property in your possession, custody or control that Mr. Gardner is entitled to.

Thank you in advance for your cooperation in this matter. If you have any questions or a need to discuss this matter please contact Mr. O'Sullivan or the undersigned at the above address and/or telephone number.

Very truly yours,

Walter C. Cook

EXHIBIT
8

LAW OFFICES OF
JOSEPH D. O'SULLIVAN
1500-20TH STREET
SAN FRANCISCO, CALIFORNIA 94107-2809

SAN FRANCISCO CA 941
16 NOV 2007 PM 6 L

USA First-Class

X-RAYED

2007 NOV 19 AM 10: 29

DEA-QUANTICO

The Forfeiture Counsel
Asset Forfeiture Section
DEA/HEADQUARTERS
Forfeiture Response
P.O. Box 1475
Quantico, VA 22134-1475

22134+1475

U. S. Department of Justice
Drug Enforcement Administration

www.dea.gov

DEC 27 2007

VIA Certified Mail-Return Receipt Requested
Joseph D. O'Sullivan
Attorney at Law
1500 20th Street
San Francisco, CA 94107

RE: DEA Case No. R3-05-0037
Asset ID No. 05-DEA-456249
Property: 1955 Ford Thunderbird
Asset ID No. 05-DEA-456253
Property: $8,500
Client: Nathaniel Willie Gardner

Dear Mr. O'Sullivan,

The Drug Enforcement Administration is in receipt of your letter dated November 16, 2007, requesting additional documentation (enclosed). Any further request for information from your client must fully comply with the Freedom of Information Act provisions. See 5 U.S.C. 522, the Privacy Act of 1974 (5 U.S.C. 522(a)), and 28 C.F.R. Part 16 (2006).

Please send any additional requests for information to FOIA Section, Drug Enforcement Administration, 8701 Morrissette Drive, Springfield, VA 22152.

Sincerely,
[signature]
Merri Hankins
Senior Attorney

Enclosure

EXHIBIT
9

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

WALTER C. COOK

1500-20TH STREET
SAN FRANCISCO, CALIFORNIA 94107

TELEPHONE (415) 920-0423
FAX (415) 920-0427

November 16, 2007

The Forfeiture Counsel
Asset Forfeiture Section
**DEA/HEADQUARTERS**
Forfeiture Response
P.O. Box 1475
Quantico, VA 22134-1475

Fax and Mail (202) 307-4490

RE: DEA Case No. R3-05-0037

| | |
|---|---|
| Asset ID No. | 05-DEA-456249 |
| Property: | 1955 Ford Thunderbird |
| Asset ID No. | 05-DEA-456253 |
| Property: | $8,500.00 U.S. Currency |
| Our Client: | Nathaniel Willie Gardner |

Dear Madam/Sir:

This will confirm that this office represents Mr. Nathaniel Gardner, and that we are currently assisting him in obtaining the return of his property which is cited above.

We understand that the DEA sent out a notice of forfeiture to him, that it was returned by the DEA as undeliverable, and that thereafter the property was disposed of. We question whether the DEA took all necessary steps required by law before it converted the property.

Therefore, please consider this a formal request for a copy of the following documents:

1. Any and all notices that were sent to Mr. Gardner regarding the above property;
2. Any and all notifications from the United States Postal Service that any notices sent by the DEA were not delivered to Mr. Gardner but were returned to the DEA;
3. Any and all attempts to serve Mr. Gardner with notice through publication or the like;
4. Any proof of actual service of a notice of forfeiture upon Mr. Gardner; and
5. Proof that Mr. Gardner's property was sold at a public auction after giving due notice of its availability for bid by the public.
6. Any and all documents relating to the above property in your possession, custody or control that Mr. Gardner is entitled to.

Thank you in advance for your cooperation in this matter. If you have any questions or a need to discuss this matter please contact Mr. O'Sullivan or the undersigned at the above address and/or telephone number.

Very truly yours,

Walter C. Cook

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7007 1490 0002 0375 5491

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, August 2006 See Reverse for Instructions

EXHIBIT

tabbies®

10

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Nathaniel Willie Gardner aka Nathan Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

| | |
|---|---|
| **Asset Id:** | 05-DEA-456253 |
| **Case Number:** | R3-05-0037 |
| **Property:** | $8,500.00 U.S. Currency |
| **Asset Value:** | $8,500.00 |
| **Seizure Date:** | 08/09/05 |
| **Seizure Place:** | East Palo Alto, CA |
| **Owner Name:** | Gardner, Nathaniel Willie |
| **Seized From:** | Gardner, Nathaniel Willie Gardner AKA Nathan Willie |
| **Judicial District:** | Northern District of California |

**NOTICE MAILING DATE:** September 13, 2005

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **October 18, 2005**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

EXHIBIT

tabbies

11



Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

CERTIFIED MAIL

7005 0390 0001 6983 0337

UNITED STATES POSTAGE
PENALTY FOR PRIVATE USE $300
02 1A
0004205510 SEP 13 2005
MAILED FROM ZIP CODE 22902

X-RAYED
OCT 14 2005
DEA/QUANTICO

RECEIVED
ASSET FORFEITURE SECTION
2005 OCT 17 AM 11:48

Nathaniel Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

9-28
Return 10-02-05

a116

#52

94303+2631

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Asset ID: 05-DEA-456253
Nathaniel Willie Gardner
1396 Camellia Dr
East Palo Alto, CA 94303-2631

R3

05-456253-002

2. Article Number: 7005 0390 0001 6983 0337

PS Form 3811, Domestic Return Receipt 102595-02-M-1540

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

837

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 0390 0001 6983 0337

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002 See Reverse for Instructions

EXHIBIT
12
tabbies





U. S. Department of Justice
Drug Enforcement Administration

Asset ID: 05-DEA-456253 Case #: R3-05-0037
Asset Description: $8,500.00 U.S. Currency

Seizure Date: 08/09/05 Seizure Value: $8500.00
Seizure Place: East Palo Alto, CA
Owner Name: Nathaniel Willie Gardner
Seized From: Nathaniel Willie Gardner AKA Nathan Willie Gardner
Judicial District: Northern District of California

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

David Zekoski, Senior Attorney
Asset Forfeiture Section

DEC 0 1 2005
Date

EXHIBIT
13

**Asset ID:** 05-DEA-456253 **Case #:** R3-05-0037
**Asset Description:** $8,500.00 U.S. Currency

**Seizure Date:** 08/09/05 **Seizure Value:** $8500.00
**Seizure Place:** East Palo Alto, CA
**Owner Name:** Nathaniel Willie Gardner
**Seized From:** Nathaniel Willie Gardner AKA Nathan Willie Gardner
**Judicial District:** Northern District of California

cc: DO: San Francisco
RO:
USMS: San Francisco

**DEA.294 (JAN. 01)**

By: AWB/ME Ad Code #: 837