```
 1  Joseph D. O'Sullivan SB # 67055
    LAW OFFICES OF JOSEPH D. O'SULLIVAN
 2  1500 - 20ᵀᴴ STREET
    SAN FRANCISCO, CA 94107
 3  415-920-0423
    415-920-0427 Fax
 4
 5  Attorneys for Nathan Gardner
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL GARDNER, <br><br> Plaintiff, <br><br> vs. <br><br> THE UNITED STATES DEPARTMENT OF JUSTICE; THE DRUG ENFORCEMENT ADMINISTRATION; and THE PERSON(S) CURRENTLY ON RECORD TITLE TO 1955 FORD THUNDERBIRD VIN. # P5FH235863, <br><br> Defendants | NO. CV 08 - 1248 VRW <br><br> PROOF OF SERVICE ON THE UNITED STATES ATTORNEY GENERALS OFFICE |

Attached hereto is a declaration of service of the summons and complaint upon The United States Attorney Generals Office in the above matter.

Dated: 5/22/08

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

By: _____
Walter C. Cook
Attorney for Plaintiff

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: April 28, 2008

Name of SERVER: Donald M. Brown

TITLE: Paralegal

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): U.S. Attorney General by: Registered mail return receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 21, 2008

Signature of Server

Address of Server: 1109 Chrysler, Richmond, CA 94801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Canty Park_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>APR 2 8 2008<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>U.S. Attorney General<br>Judiciary Center Building<br>555 4th Street, NW<br>Washington, D.C.<br>20530 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0001 6861 6726 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595- |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

WALTER C. COOK
L.O. JOE O'SULLIVAN
1500 20TH STREET
SAN FRANCISCO CA 94107