Joseph D. O'Sullivan SB # 67055
LAW OFFICES OF JOSEPH D. O'SULLIVAN
1500 - 20TH STREET
SAN FRANCISCO, CA 94107
415-920-0423
415-920-0427 Fax

Attorneys for Nathan Gardner

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL GARDNER )<br><br>                 Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>THE UNITED STATES DEPARTMENT )<br>OF JUSTICE; THE DRUG )<br>ENFORCEMENT ADMINISTRATION; )<br>and THE PERSON(S) CURRENTLY ON )<br>RECORD TITLE TO 1955 FORD )<br>THUNDERBIRD VIN. # P5FH235863, )<br> )<br>                 Defendants )<br>_____ ) | NO.  CV 08 - 1248 VRW<br><br><br>PROOF OF SERVICE ON<br>THE DRUG ENFORCEMENT AGENCY |

Attached hereto is a declaration of service of the summons and complaint upon The Drug

Enforcement Agency (DEA) in the above matter.

Dated: 5/22/08

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

By: _____
Walter C. Cook
Attorney for Plaintiff

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 4-30-08 |

| Name of SERVER | TITLE |
|---|---|
| Donald M. Brown | Paralegal |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☒     Other (specify): DEA/HEADQUARTERS by: Registered Mail Return Receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    May 21, 2008
           *Date*

                                     *Signature of Server*

                             1109 Chanslor St, Richmond, CA 94801
                             *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEA/HEADQUARTERS
P.O. Box 1475
Quantico, VA
22134-1475

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____

☐ Ac
☐ A

B. Received by (Printed Name)     C. Date of

R. Jenkins     4/30

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merc
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Ye

2. Article Number
   (Transfer from service l___)     7007 2560 0001 6861 6719

PS Form 3811, February 2004     Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Pa
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

WALTER C. COOK
L.O. JOE O'SULLIVAN
1500  20TH STREET
SAN FRANCISCO CA 94107