Joseph D. O'Sullivan SB # 67055
LAW OFFICES OF JOSEPH D. O'SULLIVAN
1500 - 20TH STREET
SAN FRANCISCO, CA 94107
415-920-0423
415-920-0427 Fax

Attorneys for Nathan Gardner

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL GARDNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE; THE DRUG ENFORCEMENT ADMINISTRATION; and THE PERSON(S) CURRENTLY ON RECORD TITLE TO 1955 FORD THUNDERBIRD VIN. # P5FH235863,<br><br>　　　　Defendants | NO.  CV 08 - 1248 VRW<br><br>PROOF OF SERVICE ON THE DEPARTMENT OF JUSTICE |

　　Attached hereto is a declaration of service of the summons and complaint upon The United States Department of Justice in the above matter.

Dated: 5/22/08

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

By: _____
Walter C. Cook
Attorney for Plaintiff

Proof of Service on DOJ                                                                                     Page1

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE March 12, 2008 |
| Name of SERVER Donald M. Brown | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
DOJ
450 Golden Gate
San Francisco, CA 94102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 23, 2008
Date

Signature of Server

524 South 17th St, Richmond CA 94804
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 4-28-08

Name of SERVER: Donald M. Brown
TITLE: Paralegal

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): U.S. Department of Justice, Washington DC. Registered Mail Return Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 21, 2008

Signature of Server: [signature]

Address of Server: 1109 Chanslor, Richmond CA 94801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Daniel L Pinkn_<br><br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 2 8 2008 |
| 1. Article Addressed to:<br><br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, D.C.<br>20530-0001 | D. Is delivery address different from Item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2560 0001 6861 6702 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

```
              WALTER C. COOK
          L.O. JOE O'SULLIVAN
             1500  20TH STREET
          SAN FRANCISCO CA 94107
```