Joseph D. O'Sullivan SB # 67055
LAW OFFICES OF JOSEPH D. O'SULLIVAN
1500 - 20TH STREET
SAN FRANCISCO, CA 94107
415-920-0423
415-920-0427 Fax

Attorneys for Nathan Gardner

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL GARDNER ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendants ) | NO.   CV 08-01248 VRW <br><br> STIPULATION TO CONTINUE HEARING FROM AUGUST 21, 2008 TO ~~SEPTEMBER 24, 2008~~ OCTOBER 9, 2008 |

The parties, by and through their attorneys, hereby stipulate to continue the presently scheduled motion to dismiss now set for August 21, 2008, to October 9, 2008. The opposition and reply papers shall be due filed and served as calculated from the new hearing date.

SO STIPULATED THIS JULY 30, 2008

LAW OFFICES OF
JOSEPH D. O'SULLIVAN

By: _____
Walter C. Cook
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

Stip. to Continue Hearing